# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   20 CR 015 |
| Virgil Griffith | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Virgil Griffith

Date:    01/08/2020

*[signature]*

*Attorney's signature*

Brian E. Klein (4126199)
*Printed name and bar number*

BAKER MARQUART LLP
777 S. Figueroa St., Suite 2850
Los Angeles, CA 90017

*Address*

bklein@bakermarquart.com
*E-mail address*

(424) 652-7800
*Telephone number*

(424) 652-7850
*FAX number*