UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) **NOTICE OF APPEARANCE AND REQUEST** |
|  | ) **FOR ELECTRONIC NOTIFICATION** |
| VIRGIL GRIFFITH, | ) |
|  | ) **20 Cr. 15-PKC** |
| Defendant. | ) |

TO:   Clerk of Court
    United States District Court
    Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case, in addition to AUSAs already on the case, and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

by: _____

Michael K. Krouse
Assistant United States Attorney
(212) 637-2279