

777 South Figueroa Street
Suite 2850
Los Angeles, California 90017
424.652.7800
bakermarquart.com

WRITER'S DIRECT DIAL NO.
(424) 652-7814

WRITER'S E-MAIL ADDRESS
bklein@bakermarquart.com

**Via ECF**

January 8, 2020

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Virgil Griffith**,
       **20 Cr. 15 (PKC)**

Dear Judge Castel:

    We were very surprised by the contents of the government's letter submission earlier tonight in light of the communications we have had throughout today with the government. (*See* Dkt. No. 12).

    Although the defense disagrees with a number of the characterizations and representations set forth in that letter, we intend to continue to work in good faith with the government—as we have throughout today—to try to resolve its concerns. We have also consulted throughout the day with Pretrial Services, and kept the government informed of those conversations, which have been productive. We understand that, at our suggestion, the government is now going to speak with Pretrial Services in the morning of January 9. The Court should also know that our client, defendant Virgil Griffith, will, of course, seek all the pre-approvals from Pretrial Services required by the Release Order and fully comply with the Release Order and any of Pretrial Services' directives, including notifications and authorizations tied to travel.

    At this juncture, we respectfully submit that intervention by this Court would be premature. In the event it is necessary, the parties can promptly contact this Court to request further guidance.

Respectfully submitted,

*/s/ Brian E. Klein*

Brian E. Klein
Baker Marquart LLP

-and-

Sean S. Buckley
Kobre & Kim LLP

*Attorneys for Virgil Griffith*

Cc (by ECF):  AUSAs Kyle Wirshba, Kimberly Ravener, and Michael Krouse