

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 10, 2020

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Virgil Griffith*, 20 Cr. 15 (PKC)

Dear Judge Castel:

On January 7, 2020, a Grand Jury in this District indicted the defendant in the above referenced case, charging one count of conspiracy to violate the International Emergency Economic Powers Act ("IEEPA"), Title 50, United States Code, Section 1705. The case was assigned to this Court.

The Court initially set arraignment and initial conference for January 9, 2020, but that proceeding was adjourned at the defendant's request. Also on January 9, 2020, the defendant satisfied the conditions of bail and traveled to Alabama where he remains on home detention inside his parents' home. To allow the defendant time to procure state identification consistent with Judge Broderick's bail order, *see* Dkt. 15 ¶¶ 9-10, the parties request respectfully an arraignment and initial conference on January 30, 2020, at the Court's convenience.

In addition, the Government writes to request respectfully that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today's date, January 10, 2020, to and including January 30, 2020. Such an exclusion will allow the parties to discuss a possible pretrial disposition, the Government to begin to gather and produce discovery, and the defendant to review that discovery. Counsel for the defendant consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____

Kyle A. Wirshba / Kimberly Ravener /
Michael Krouse
Assistant United States Attorneys
(212) 637-2493 / 2358 / 2279

cc: Brian Klein, esq. and Sean Buckley, esq. (counsel for Griffith), by ECF