UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:20-CR-0015-PKC |
| Plaintiff, | : | |
| v. | | **AFFIDAVIT FOR ADMISSION** |
| | : | ***PRO HAC VICE* OF** |
| VIRGIL GRIFFITH, | | **KERI CURTIS AXEL** |
| | : | |
| Defendant. | | |

-------------------------------------------------------

I, Keri Curtis Axel, pursuant to Local Rule 1.3. of the Southern and Eastern Districts of New York, hereby declare:

1. I am an attorney licensed to practice in the State of California. I am a member in good standing of the Bars of every jurisdiction to which I have been admitted to practice. A Certificate of Good Standing from the Supreme Court of California is attached.

2. I have not ever been convicted of a felony and have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings pending against me as a member of bar of any jurisdiction to which I have been admitted to practice.

4. I am familiar with the Local Rules of the United States District Court for the Southern District of New York.

/ / /

/ / /

/ / /

5. I hereby respectfully petition this Court to admit me *pro hac vice* to the Bar of this Court for the purpose of representing defendant Virgil Griffith in the above-entitled criminal action.

Dated: January 21, 2020

Respectfully Submitted,

Keri Curtis Axel
Baker Marquart LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017
Tel.: (424) 652-7800/Fax: (424) 652-7850
kaxel@bakermarquart.com

*Attorney for Defendant Virgil Griffith*



# The State Bar of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105     888-800-3400     AttorneyRegulation@calbar.ca.gov

January 15, 2020

Kittie Rosales
Baker Marquart
777 S. Figueroa Street
Suite 2850
Los Angeles, CA 90017

Re: State Bar Number 186847 – Keri Curtis Axel
Keri Curtis Axel

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact 1-888-800-3400 or AttorneyRegulation@calbar.ca.gov.

Sincerely,

Alex Calderon
Attorney Regulation & Consumer Resources
The State Bar of California

Enclosure(s):

1     Standard

Delivery Method: UPS Domestic
PH: 4246527800