UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:20-CR-0015-PKC |
| Plaintiff, | : | |
| v. | | **[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF KERI CURTIS AXEL** |
| VIRGIL GRIFFITH, | | |
| | : | |
| Defendant. | | |

-------------------------------------------------------x

The Court has reviewed the motion for admission of attorney Keri Curtis Axel to be admitted *pro hac vice*. Upon consideration of that motion, the Court grants Keri Curtis Axel *pro hac vice* admission to this Court.

Dated: _____                    _____
                                          THE HONORABLE P. KEVIN CASTEL
                                          UNITED STATES DISTRICT JUDGE

1