**The State Bar** *of California*

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105          888-800-3400          AttorneyRegulation@calbar.ca.gov

January 15, 2020

Kittie Rosales
Baker Marquart
777 S. Figueroa Street
Suite 2850
Los Angeles, CA 90017

Re: State Bar Number 186847 – Keri Curtis Axel
Keri Curtis Axel

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact 1-888-800-3400 or AttorneyRegulation@calbar.ca.gov.

Sincerely,

Alex Calderon
Attorney Regulation & Consumer Resources
The State Bar of California

Enclosure(s):

1          Standard

Delivery Method: UPS Domestic
PH: 4246527800