UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | **NOTICE OF APPEARANCE AND REQUEST** |
| v. | ) ) | **FOR ELECTRONIC NOTIFICATION** |
|  | ) | **20 Cr. 15 (PKC)** |
| VIRGIL GRIFFITH, | ) ) |  |
| Defendant. | ) |  |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                        Respectfully submitted,

                                        GEOFFREY S. BERMAN
                                        United States Attorney for the
                                        Southern District of New York


                                    by: _Kimberly J. Ravener_____

                                        Kimberly J. Ravener
                                        Assistant United States Attorney
                                        (212) 637-2358

TO:   All Counsel via ECF