UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA      :      1:20-CR-0015 (PKC)

           Plaintiff,           **CORRECTED MOTION FOR**
v.           **ADMISSION PRO HAC VICE OF KERI CURTIS AXEL**

VIRGIL GRIFFITH,
           Defendant.

-------------------------------------------------------x

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Keri Curtis Axel, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for defendant Virgil Griffith in the above-captioned criminal action. I am in good standing of the Bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the Affidavit pursuant to Local Rule 1.3.

Dated: January 24, 2020           Respectfully Submitted,

Keri Curtis Axel
Baker Marquart LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017
Tel.: (424) 652-7800/Fax: (424) 652-7850
Kaxel@bakermarquart.com

*Attorney for Defendant Virgil Griffith*

1