UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:20-CR-0015-PKC |
| Plaintiff, | : | |
| v. | | **AFFIDAVIT FOR ADMISSION** |
| | : | ***PRO HAC VICE* OF** |
| VIRGIL GRIFFITH, | | **KERI CURTIS AXEL** |
| | : | |
| Defendant. | | |

-------------------------------------------------------

I, Keri Curtis Axel, pursuant to Local Rule 1.3. of the Southern and Eastern Districts of New York, hereby declare:

1. I am an attorney licensed to practice in the State of California. I am a member in good standing of the Bars of every jurisdiction to which I have been admitted to practice. A Certificate of Good Standing from the Supreme Court of California is attached.

2. I have not ever been convicted of a felony and have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings pending against me as a member of bar of any jurisdiction to which I have been admitted to practice.

4. I am familiar with the Local Rules of the United States District Court for the Southern District of New York.

/ / /

/ / /

/ / /

1

5. I hereby respectfully petition this Court to admit me *pro hac vice* to the Bar of this Court for the purpose of representing defendant Virgil Griffith in the above-entitled criminal action.

Dated:  January 24, 2020                     Respectfully Submitted,

*[signature]*

Keri Curtis Axel
Baker Marquart LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017
Tel.: (424) 652-7800/Fax: (424) 652-7850
kaxel@bakermarquart.com

*Attorney for Defendant Virgil Griffith*