**State of California**
**CLERK OF THE SUPREME COURT**
350 McAllister Street
San Francisco, CA 94102
Phone: (415) 865-7000

Today's Date: 1/23, 2020

RECEIVED from: No. Calif. Legal Support Services

Case No: S 186847

Case Name: _____

v. _____

☐ Cash   ☒ Check – No: 5267
☐ Money order – No: _____
☒ CERTIFICATE OF GOOD STANDING

**CLERK OF THE COURT**

By: Mary
Deputy Clerk

Updated 03202017

| | | |
|---|---|---|
| Petition for review | $710 | ☐ |
| Original proceeding | $710 | ☐ |
| Responsive brief | $390 | ☐ |
| Certificate | $1 | ☒ |
| Copy of opinion | $20 | ☐ |
| Copy of CD (oral argument) | $40 | ☐ |
| E-briefs flash drive | $40 | ☐ |
| Miscellaneous: | | ☐ |
| Total | $1 | |



## Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

### CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *KERI CURTIS AXEL*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that **KERI CURTIS AXEL, #186847,** was on the **20th day of DECEMBER, 1996,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the **23rd day of JANUARY 2020.***

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Margarita Arroyo, Assistant Deputy Clerk*