UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:20-CR-0015-PKC |
| Plaintiff, | : | |
| v. | | **[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF KERI CURTIS AXEL** |
| VIRGIL GRIFFITH, | | |
| | : | |
| Defendant. | | |

--------------------------------------------------------x

The Court has reviewed the motion for admission of attorney Keri Curtis Axel to be admitted *pro hac vice*. Upon consideration of that motion, the Court grants Keri Curtis Axel *pro hac vice* admission to this Court.

Dated: _____            _____
                                    THE HONORABLE P. KEVIN CASTEL
                                    UNITED STATES DISTRICT JUDGE