UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA          :          1:20-CR-0015-PKC

        Plaintiff,                 :

        v.                                        [PROPOSED] ORDER
                                                  GRANTING MOTION FOR
                                                  ADMISSION *PRO HAC VICE*
                                                  OF KERI CURTIS AXEL

VIRGIL GRIFFITH,
                                            :
        Defendant.
--------------------------------------------------------x

      The Court has reviewed the motion for admission of attorney Keri Curtis Axel to be admitted *pro hac vice*. Upon consideration of that motion, the Court grants Keri Curtis Axel *pro hac vice* admission to this Court.

Dated: 1/27/2020

_____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

1