UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                             20 CR 15 (PKC)

         -against-                                              ORDER

VIRGIL GRIFFITH,

                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Defense counsel should consult with the defendant on whether he wishes to waive his physical appearance and participate telephonically in the next conference. Assuming the defendant is prepared to waive his right to be physically present, the conference is adjourned from April 23, 2020 to May 18, 2020 at 2:30 p.m. The call-in number is 888-363-4749. Access Code 3667981.

        I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. The reasons for this finding are that the grant of the continuance is necessary in light of the National Emergency arising from the COVID-19 pandemic. Accordingly, the time between today and May 18, 2020 is excluded under the Speedy Trial Act.

        SO ORDERED.

                                                                    P. Kevin Castel
                                                           United States District Judge

Dated: New York, New York
       April 17, 2020