

777 South Figueroa Street
Suite 2850
Los Angeles, California 90017
424.652.7800
bakermarquart.com

WRITER'S DIRECT DIAL NO.
(424) 652-7814

WRITER'S E-MAIL ADDRESS
bklein@bakermarquart.com

**Via ECF**

April 20, 2020

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Virgil Griffith</u>
            20 Cr. 15 (PKC)

Dear Judge Castel:

     Counsel for defendant Virgil Griffith write in response to the Court's order earlier today. (Dkt. No. 30.)  Per the order, we have consulted with Mr. Griffith on whether he wishes to waive his physical appearance and participate telephonically in the next status conference, and he does. Mr. Griffith appreciates the Court permitting him to participate by telephone.  With this confirmation, we understand that the conference is adjourned from April 23, 2020 to May 18, 2020 at 2:30 p.m. ET.

Respectfully submitted,

*[signature]*

Brian E. Klein
Keri Curtis Axel
Baker Marquart LLP

-and-

Sean S. Buckley
Kobre & Kim LLP
*Attorneys for Virgil Griffith*