UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                 20-cr-15 (PKC)

   -against-

                                                                 <u>ORDER</u>

VIRGIL GRIFFITH,

                      Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court has received an application from Inner City Press for the unsealing of certain applications by the defendant for the issuance of subpoenas.  The parties shall respond to the application by May 22, 2020.  If there is no objection, the Court will order the applications and any resulting order unsealed.

        SO ORDERED.

                                                         P. Kevin Castel
                                                 United States District Judge

Dated:  New York, New York
          May 18, 2020