UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                                                 20-cr-15 (PKC)

        -against-

                                                                                               <u>ORDER</u>

VIRGIL GRIFFITH,

                            Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        The government advises that the defendant consents to public disclosure of his *ex parte* and *in camera* application for a subpoena pursuant to Federal Rule of Criminal Procedure 17 (the "Application") but does not consent to advance disclosure of the Application to the government.  To enable the government to intelligently state its position on public disclosure, defendant shall transmit the Application to the government by 1 p.m. today, May 28, 2020.  The government shall state whether it has any objection to public disclosure by 1 p.m. on May 29, 2020.  The Court will thereafter rule on whether the Application should be publicly filed.

        SO ORDERED.

                                                            P. Kevin Castel
                                                         United States District Judge

Dated:  New York, New York
           May 28, 2020