

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

May 29, 2020

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Virgil Griffith*, 20 Cr. 15 (**PKC**)

Dear Judge Castel:

    Pursuant to the Court's May 28, 2020 order, the Government writes to inform the Court that it has no objection to the public disclosure of the defendant's *ex parte* and *in camera* applications for subpoenas pursuant to Federal Rule of Criminal Procedure 17.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney for the
        Southern District of New York

By:    _____
        Kyle A. Wirshba / Kimberly Ravener /
        Michael Krouse
        Assistant United States Attorneys
        (212) 637-2493 / 2358 / 2279

cc: Brian Klein, Esq. and Sean Buckley, Esq. (counsel for Griffith), by ECF