

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 29, 2020

Defendant is directed to file forthwith on ECF his <u>ex parte</u> and <u>in camera</u> applications for subpoenas pursuant to Federal Rule of Criminal Procedure 17.
SO ORDERED.
5/29/20

_____
P. Kevin Castel
United States District Judge

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Virgil Griffith*, 20 Cr. 15 (PKC)

Dear Judge Castel:

   Pursuant to the Court's May 28, 2020 order, the Government writes to inform the Court that it has no objection to the public disclosure of the defendant's *ex parte* and *in camera* applications for subpoenas pursuant to Federal Rule of Criminal Procedure 17.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:  _____
Kyle A. Wirshba / Kimberly Ravener / Michael Krouse
Assistant United States Attorneys
(212) 637-2493 / 2358 / 2279

cc: Brian Klein, Esq. and Sean Buckley, Esq. (counsel for Griffith), by ECF