# ATTACHMENT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X     **REQUEST TO BE FILED**
                                          **UNDER SEAL**
UNITED STATES OF AMERICA,           :

     - v. -                         :     **20 Cr. 15 (PKC)**

VIRGIL GRIFFITH,                    :     **AFFIRMATION IN SUPPORT**
                                          **OF APPLICATION FOR**
                                    :     **ISSUANCE OF AN *EX PARTE***
                    Defendant.            **SUBPOENA PURSUANT TO**
                                    :     **RULE 17(c)**

------------------------------------X

     I, SEAN S. BUCKLEY, affirm under penalties of perjury

pursuant to 28 U.S.C. § 1746:

     1.   I am an attorney representing defendant Virgil

Griffith in the above-captioned case. I make this affirmation in

support of an application for an order for the issuance of an *ex

parte* subpoena, pursuant to Rule 17(c) of the Federal Rules of

Criminal Procedure, to compel production of certain documents.

     2.   I respectfully request that the attached subpoena be

issued commanding the production of copies of certain documents

and records in the custody, possession and control of Verizon

Wireless. Specifically, the person upon whom the proposed

subpoena will be served, and the material sought, are as

follows:

          TO:

          Verizon
          Attn: VSAT
          180 Washington Valley Road
          Bedminster, New Jersey 07921

FOR:

A list of any and all IP addresses associated with the email address dprk.un@verizon.net, and any logs or similar records of access to the email address dprk.un@verizon.net, for the period from November 1, 2018 to October 30, 2019.

3.     Rule 17(c) provides that a court may direct that books, papers, documents or objects designated in the subpoena be produced "in court before trial or before they are to be offered into evidence.  When the items arrive, the court may permit the parties and their attorneys to inspect all or part of them."

4.     The requested records will be important in developing Mr. Griffith's defense in this matter and will therefore assist counsel in preparing for Mr. Griffith's case for trial.

5.     I am requesting to file this *ex parte, in camera,* and under seal because it would prejudice Mr. Griffith to reveal to the government strategic judgments related to the fact investigation of Mr. Griffith's defense.

6.     Therefore, I respectfully request that the attached *ex parte* subpoena be made returnable by 9 a.m. on April 30, 2020, at the offices of Baker Marquart LLP, 777 South Figueroa Street,

Suite 2850, Los Angeles, California 90017, or delivered via email to bklein@bakermarquart.com.

7.   Pursuant to Local Rule 47.1, this is Mr. Griffith's first application for an *ex parte* order from this Court.

**WHEREFORE,** it is respectfully requested that this Court sign and issue the attached Order pursuant to Rule17(c).


Dated: New York, New York
       March 17, 2020

_____
Sean S. Buckley