# EXHIBIT 2



**From:** Galia Amram
**Sent:** Tuesday, November 26, 2019 9:34 AM
**To:** 'Wirshba, Kyle (USANYS)' <Kyle.Wirshba@usdoj.gov>
**Subject:** RE: Virgil Griffith

Ill touch base with Virgil and try to get back to you this week. In the meantime, here is his itinerary for a flight to Baltimore to see his family.



**From:** Wirshba, Kyle (USANYS) <Kyle.Wirshba@usdoj.gov>
**Sent:** Monday, November 25, 2019 5:14 PM
**To:** Galia Amram <GAmram@durietangri.com>
**Subject:** RE: Virgil Griffith

Hi Galia,

Hope you're enjoying the week off and understood. We would, however, like to set something up quickly thereafter so can we do that while you're away? What days/locations might work for you?

If you'd like to discuss by phone, I'm available, so just let me know.

Thanks,

Kyle

Kyle A. Wirshba
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
Tel: (212) 637-2493

**From:** Galia Amram <GAmram@durietangri.com>
**Sent:** Monday, November 25, 2019 1:05 PM
**To:** Wirshba, Kyle (USANYS) <KWirshba@usa.doj.gov>
**Subject:** Virgil Griffith

Hi, I got your voicemail. I am out this week for the holiday. Can we talk next week?

Galia Amram | Attorney | Durie Tangri LLP | 415-362-6666 | gamram@durietangri.com



**From:** Galia Amram
**Sent:** Wednesday, November 27, 2019 8:46 AM
**To:** 'Wirshba, Kyle (USANYS)' <Kyle.Wirshba@usdoj.gov>
**Subject:** RE: Virgil Griffith

Hi again,  Could we do this in San Francisco? What days would work for you?

**From:** Wirshba, Kyle (USANYS) <Kyle.Wirshba@usdoj.gov>
**Sent:** Monday, November 25, 2019 5:14 PM
**To:** Galia Amram <GAmram@durietangri.com>
**Subject:** RE: Virgil Griffith

Hi Galia,

Hope you're enjoying the week off and understood. We would, however, like to set something up quickly thereafter so can we do that while you're away? What days/locations might work for you?

If you'd like to discuss by phone, I'm available, so just let me know.

Thanks,

Kyle

Kyle A. Wirshba
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
Tel: (212) 637-2493

**From:** Galia Amram <GAmram@durietangri.com>
**Sent:** Monday, November 25, 2019 1:05 PM
**To:** Wirshba, Kyle (USANYS) <KWirshba@usa.doj.gov>
**Subject:** Virgil Griffith

Hi, I got your voicemail. I am out this week for the holiday. Can we talk next week?

Galia Amram | Attorney | Durie Tangri LLP | 415-362-6666 | gamram@durietangri.com