# EXHIBIT 3

# Oath: Login Activity Summary

This information is provided for intended and authorized use only. Any use of this data for unauthorized purposes is strictly prohibited.

## Request Information

| | |
|---:|---|
| Target | dprk.un@verizon.net |
| Start Date | 2018-11-01 00:00:00 |
| End Date | 2019-10-30 23:59:59 |
| Time Zone | (UTC) Coordinated Universal Time |
| Count | 598 |

## Login Activity

| # | User ID | IP | Port | TimeStamp |
|---|---|---|---|---|
| 668 | dprk.un@verizon.net | 52.203.65.30 | 29871 | October 30 2019 21:25:47 |
| 669 | dprk.un@verizon.net | 52.54.84.98 | 55332 | October 30 2019 21:25:35 |
| 670 | dprk.un@verizon.net | 108.27.80.237 | 56585 | October 30 2019 21:25:34 |
| 671 | dprk.un@verizon.net | 3.86.211.47 | 47444 | October 30 2019 18:35:03 |
| 672 | dprk.un@verizon.net | 108.27.80.237 | 62091 | October 30 2019 18:35:03 |
| 673 | dprk.un@verizon.net | 108.27.80.237 | 61526 | October 30 2019 18:20:33 |
| 674 | dprk.un@verizon.net | 3.230.115.64 | 41726 | October 30 2019 18:20:33 |
| 675 | dprk.un@verizon.net | 3.215.174.131 | 38340 | October 30 2019 15:11:03 |
| 676 | dprk.un@verizon.net | 108.27.80.237 | 58014 | October 30 2019 15:11:02 |
| 677 | dprk.un@verizon.net | 54.92.213.131 | 49748 | October 30 2019 12:26:43 |
| 678 | dprk.un@verizon.net | 34.238.243.68 | 52208 | October 29 2019 18:26:49 |
| 679 | dprk.un@verizon.net | 108.27.80.237 | 53278 | October 29 2019 18:26:48 |
| 680 | dprk.un@verizon.net | 34.227.17.189 | 37448 | October 29 2019 15:59:14 |
| 681 | dprk.un@verizon.net | 54.221.97.16 | 51306 | October 29 2019 12:23:25 |
| 682 | dprk.un@verizon.net | 18.212.200.202 | 54432 | October 28 2019 20:19:14 |
| 683 | dprk.un@verizon.net | 108.27.80.237 | 52355 | October 28 2019 20:19:13 |
| 684 | dprk.un@verizon.net | 3.208.86.23 | 42046 | October 28 2019 19:42:44 |
| 685 | dprk.un@verizon.net | 18.212.95.219 | 40958 | October 26 2019 14:38:29 |
| 686 | dprk.un@verizon.net | 108.27.80.237 | 50289 | October 26 2019 14:38:27 |
| 687 | dprk.un@verizon.net | 3.80.188.35 | 54868 | October 26 2019 12:22:45 |
| 688 | dprk.un@verizon.net | 54.164.132.38 | 50162 | October 25 2019 19:21:57 |
| 689 | dprk.un@verizon.net | 108.27.81.104 | 54396 | October 25 2019 19:21:55 |
| 690 | dprk.un@verizon.net | 54.163.141.194 | 44814 | October 25 2019 15:20:39 |
| 691 | dprk.un@verizon.net | 54.197.191.230 | 35148 | October 25 2019 12:20:32 |
| 692 | dprk.un@verizon.net | 108.27.81.87 | 50401 | October 25 2019 12:20:31 |
| 693 | dprk.un@verizon.net | 54.226.99.101 | 44606 | October 24 2019 21:29:07 |
| 694 | dprk.un@verizon.net | 108.27.81.87 | 56901 | October 24 2019 21:29:05 |
| 695 | dprk.un@verizon.net | 3.95.162.82 | 33016 | October 24 2019 15:19:05 |
| 696 | dprk.un@verizon.net | 34.201.19.53 | 37202 | October 24 2019 13:34:50 |
| 697 | dprk.un@verizon.net | 108.27.81.87 | 52760 | October 24 2019 13:34:49 |
| 698 | dprk.un@verizon.net | 54.197.27.21 | 56846 | October 24 2019 12:35:30 |
| 699 | dprk.un@verizon.net | 3.85.193.245 | 33992 | October 23 2019 20:47:38 |
| 700 | dprk.un@verizon.net | 108.27.82.107 | 51938 | October 23 2019 20:47:37 |

| | | | | |
|---|---|---|---|---|
| 701 | dprk.un@verizon.net | 54.87.18.165 | 33594 | October 23 2019 13:18:46 |
| 702 | dprk.un@verizon.net | 52.90.242.57 | 50976 | October 23 2019 12:18:37 |
| 703 | dprk.un@verizon.net | 3.227.20.96 | 41552 | October 23 2019 00:14:15 |
| 704 | dprk.un@verizon.net | 52.90.242.57 | 44152 | October 22 2019 23:21:10 |
| 705 | dprk.un@verizon.net | 108.27.82.107 | 59382 | October 22 2019 23:21:09 |
| 706 | dprk.un@verizon.net | 3.231.95.15 | 48506 | October 22 2019 13:00:05 |
| 707 | dprk.un@verizon.net | 3.86.249.154 | 33560 | October 21 2019 23:36:46 |
| 708 | dprk.un@verizon.net | 3.82.119.163 | 42126 | October 21 2019 23:17:09 |
| 709 | dprk.un@verizon.net | 108.27.82.107 | 54347 | October 21 2019 23:17:08 |
| 710 | dprk.un@verizon.net | 3.90.187.38 | 47794 | October 21 2019 21:43:29 |
| 711 | dprk.un@verizon.net | 35.170.59.168 | 50822 | October 21 2019 12:30:12 |
| 712 | dprk.un@verizon.net | 52.203.65.30 | 19079 | October 20 2019 13:47:27 |
| 713 | dprk.un@verizon.net | 34.250.44.121 | 39564 | October 20 2019 13:47:23 |
| 714 | dprk.un@verizon.net | 185.118.48.170 | 50087 | October 20 2019 13:47:02 |
| 715 | dprk.un@verizon.net | 54.221.61.18 | 36108 | October 19 2019 12:45:37 |
| 716 | dprk.un@verizon.net | 108.27.83.31 | 49253 | October 19 2019 12:45:36 |
| 717 | dprk.un@verizon.net | 3.227.18.115 | 33690 | October 18 2019 23:22:33 |
| 718 | dprk.un@verizon.net | 108.27.83.31 | 49747 | October 18 2019 23:22:32 |
| 719 | dprk.un@verizon.net | 34.229.165.88 | 38140 | October 18 2019 21:57:29 |
| 720 | dprk.un@verizon.net | 100.27.25.38 | 52758 | October 18 2019 12:40:47 |
| 721 | dprk.un@verizon.net | 3.82.110.161 | 48552 | October 18 2019 12:30:02 |
| 722 | dprk.un@verizon.net | 34.226.210.51 | 36734 | October 17 2019 22:36:48 |
| 723 | dprk.un@verizon.net | 3.83.53.93 | 42620 | October 17 2019 22:22:11 |
| 724 | dprk.un@verizon.net | 108.27.83.31 | 55343 | October 17 2019 22:22:10 |
| 725 | dprk.un@verizon.net | 54.236.62.202 | 32790 | October 17 2019 13:45:50 |
| 726 | dprk.un@verizon.net | 3.87.10.114 | 58102 | October 17 2019 13:19:07 |
| 727 | dprk.un@verizon.net | 3.82.110.161 | 51274 | October 17 2019 12:17:32 |
| 728 | dprk.un@verizon.net | 54.174.98.197 | 51048 | October 16 2019 22:45:38 |
| 729 | dprk.un@verizon.net | 54.236.39.160 | 38266 | October 16 2019 22:41:22 |
| 730 | dprk.un@verizon.net | 108.27.83.31 | 56692 | October 16 2019 22:41:21 |
| 731 | dprk.un@verizon.net | 18.204.197.12 | 32982 | October 16 2019 18:50:21 |
| 732 | dprk.un@verizon.net | 52.203.65.30 | 35288 | October 16 2019 11:58:22 |
| 733 | dprk.un@verizon.net | 18.208.163.67 | 52108 | October 16 2019 11:58:20 |
| 734 | dprk.un@verizon.net | 108.27.82.127 | 52450 | October 16 2019 11:58:19 |
| 735 | dprk.un@verizon.net | 3.86.162.167 | 41672 | October 15 2019 22:52:24 |
| 736 | dprk.un@verizon.net | 108.27.82.127 | 63184 | October 15 2019 22:52:23 |
| 737 | dprk.un@verizon.net | 3.216.124.79 | 53744 | October 15 2019 20:30:15 |
| 738 | dprk.un@verizon.net | 18.215.34.53 | 49612 | October 15 2019 12:33:59 |
| 739 | dprk.un@verizon.net | 3.84.194.118 | 53540 | October 14 2019 23:51:26 |
| 740 | dprk.un@verizon.net | 108.27.82.183 | 50464 | October 14 2019 23:51:25 |
| 741 | dprk.un@verizon.net | 52.201.248.162 | 53754 | October 14 2019 22:57:10 |
| 742 | dprk.un@verizon.net | 108.27.82.183 | 56456 | October 14 2019 22:57:08 |
| 743 | dprk.un@verizon.net | 52.3.224.177 | 46614 | October 14 2019 16:01:07 |
| 744 | dprk.un@verizon.net | 54.164.110.170 | 41484 | October 14 2019 12:12:40 |
| 745 | dprk.un@verizon.net | 3.91.19.105 | 38498 | October 13 2019 17:34:53 |
| 746 | dprk.un@verizon.net | 108.27.82.183 | 49422 | October 13 2019 17:34:50 |
| 747 | dprk.un@verizon.net | 54.164.110.170 | 54962 | October 12 2019 13:06:53 |
| 748 | dprk.un@verizon.net | 108.27.82.183 | 51224 | October 12 2019 13:06:52 |
| 749 | dprk.un@verizon.net | 54.236.62.202 | 46416 | October 12 2019 12:57:31 |
| 750 | dprk.un@verizon.net | 54.90.106.20 | 53764 | October 12 2019 12:16:50 |

| | | | | |
|---|---|---|---|---|
| 751 | dprk.un@verizon.net | 3.84.98.213 | 57446 | October 11 2019 21:37:58 |
| 752 | dprk.un@verizon.net | 108.27.82.183 | 52961 | October 11 2019 21:37:56 |
| 753 | dprk.un@verizon.net | 34.239.227.244 | 59344 | October 10 2019 23:20:17 |
| 754 | dprk.un@verizon.net | 108.27.82.183 | 59311 | October 10 2019 23:20:16 |
| 755 | dprk.un@verizon.net | 3.85.167.41 | 47002 | October 10 2019 19:53:35 |
| 756 | dprk.un@verizon.net | 34.224.74.89 | 50086 | October 10 2019 14:14:15 |
| 757 | dprk.un@verizon.net | 108.27.82.183 | 51047 | October 10 2019 14:14:14 |
| 758 | dprk.un@verizon.net | 34.229.221.250 | 57644 | October 10 2019 12:36:52 |
| 759 | dprk.un@verizon.net | 54.208.237.102 | 39100 | October 09 2019 20:24:57 |
| 760 | dprk.un@verizon.net | 108.27.80.53 | 57702 | October 09 2019 20:24:56 |
| 761 | dprk.un@verizon.net | 3.87.207.16 | 42700 | October 09 2019 12:48:51 |
| 762 | dprk.un@verizon.net | 52.203.80.37 | 8943 | October 08 2019 18:33:54 |
| 763 | dprk.un@verizon.net | 18.207.182.38 | 60146 | October 08 2019 18:33:44 |
| 764 | dprk.un@verizon.net | 108.27.80.53 | 52303 | October 08 2019 18:33:38 |
| 765 | dprk.un@verizon.net | 54.163.54.100 | 36804 | October 08 2019 14:22:54 |
| 766 | dprk.un@verizon.net | 108.27.80.53 | 56739 | October 08 2019 14:22:51 |
| 767 | dprk.un@verizon.net | 18.207.227.139 | 60884 | October 08 2019 14:21:59 |
| 768 | dprk.un@verizon.net | 108.27.80.53 | 56674 | October 08 2019 14:21:54 |
| 769 | dprk.un@verizon.net | 3.88.154.25 | 47216 | October 08 2019 12:06:59 |
| 770 | dprk.un@verizon.net | 108.27.80.230 | 51383 | October 08 2019 12:06:58 |
| 771 | dprk.un@verizon.net | 52.54.118.102 | 60758 | October 07 2019 19:20:07 |
| 772 | dprk.un@verizon.net | 108.27.80.230 | 63012 | October 07 2019 19:19:55 |
| 773 | dprk.un@verizon.net | 100.26.187.145 | 49278 | October 07 2019 13:44:03 |
| 774 | dprk.un@verizon.net | 54.91.117.221 | 53502 | October 07 2019 12:17:39 |
| 775 | dprk.un@verizon.net | 3.86.30.223 | 50508 | October 06 2019 14:08:08 |
| 776 | dprk.un@verizon.net | 108.27.80.230 | 50028 | October 06 2019 14:08:07 |
| 777 | dprk.un@verizon.net | 3.231.31.147 | 39326 | October 04 2019 18:44:25 |
| 778 | dprk.un@verizon.net | 108.27.80.230 | 49876 | October 04 2019 18:44:24 |
| 779 | dprk.un@verizon.net | 54.221.74.67 | 45494 | October 04 2019 12:26:59 |
| 780 | dprk.un@verizon.net | 108.27.83.190 | 50672 | October 04 2019 12:26:42 |
| 781 | dprk.un@verizon.net | 54.234.70.222 | 59946 | October 03 2019 15:30:28 |
| 782 | dprk.un@verizon.net | 108.27.83.190 | 50840 | October 03 2019 15:30:27 |
| 783 | dprk.un@verizon.net | 75.101.235.57 | 43784 | October 02 2019 19:01:09 |
| 784 | dprk.un@verizon.net | 108.27.83.157 | 58733 | October 02 2019 19:01:08 |
| 785 | dprk.un@verizon.net | 34.206.71.20 | 44882 | October 02 2019 12:08:23 |
| 786 | dprk.un@verizon.net | 34.201.15.252 | 58446 | October 01 2019 19:01:28 |
| 787 | dprk.un@verizon.net | 108.27.83.157 | 49243 | October 01 2019 19:01:22 |
| 788 | dprk.un@verizon.net | 54.236.137.195 | 40860 | October 01 2019 18:23:32 |
| 789 | dprk.un@verizon.net | 52.203.65.30 | 22815 | October 01 2019 15:51:11 |
| 790 | dprk.un@verizon.net | 18.214.23.47 | 51666 | October 01 2019 15:51:00 |
| 791 | dprk.un@verizon.net | 34.237.2.181 | 43426 | October 01 2019 12:12:56 |
| 792 | dprk.un@verizon.net | 34.229.84.37 | 47012 | September 30 2019 22:07:32 |
| 793 | dprk.un@verizon.net | 108.27.83.157 | 61558 | September 30 2019 22:07:31 |
| 794 | dprk.un@verizon.net | 100.24.8.110 | 58582 | September 30 2019 20:15:11 |
| 795 | dprk.un@verizon.net | 108.27.83.157 | 55270 | September 30 2019 20:15:10 |
| 796 | dprk.un@verizon.net | 3.84.35.204 | 58212 | September 30 2019 12:20:24 |
| 797 | dprk.un@verizon.net | 52.203.65.30 | 64002 | September 27 2019 21:51:29 |
| 798 | dprk.un@verizon.net | 3.83.64.118 | 51834 | September 27 2019 21:51:24 |
| 799 | dprk.un@verizon.net | 108.27.83.157 | 53741 | September 27 2019 21:51:21 |
| 800 | dprk.un@verizon.net | 18.214.23.47 | 52526 | September 27 2019 11:36:03 |

| | | | | |
|---|---|---|---|---|
| 801 | dprk.un@verizon.net | 108.27.83.157 | 1056 | September 27 2019 11:36:02 |
| 802 | dprk.un@verizon.net | 52.203.80.37 | 4150 | September 26 2019 18:58:15 |
| 803 | dprk.un@verizon.net | 108.27.83.157 | 52430 | September 26 2019 18:58:11 |
| 804 | dprk.un@verizon.net | 54.205.141.195 | 38240 | September 26 2019 11:55:49 |
| 805 | dprk.un@verizon.net | 108.27.83.157 | 49393 | September 26 2019 11:55:48 |
| 806 | dprk.un@verizon.net | 3.83.118.146 | 34254 | September 25 2019 22:29:03 |
| 807 | dprk.un@verizon.net | 108.27.83.157 | 52201 | September 25 2019 22:29:02 |
| 808 | dprk.un@verizon.net | 34.200.233.98 | 52186 | September 25 2019 11:51:06 |
| 809 | dprk.un@verizon.net | 108.27.83.157 | 58299 | September 25 2019 01:22:12 |
| 810 | dprk.un@verizon.net | 54.242.146.28 | 50950 | September 25 2019 01:21:48 |
| 811 | dprk.un@verizon.net | 108.27.83.157 | 58171 | September 25 2019 01:21:07 |
| 812 | dprk.un@verizon.net | 108.27.83.157 | 57638 | September 25 2019 01:18:43 |
| 813 | dprk.un@verizon.net | 3.83.64.118 | 44426 | September 25 2019 01:18:15 |
| 814 | dprk.un@verizon.net | 108.27.83.157 | 57499 | September 25 2019 01:18:14 |
| 815 | dprk.un@verizon.net | 52.203.80.37 | 45021 | September 25 2019 01:16:53 |
| 816 | dprk.un@verizon.net | 54.236.57.250 | 34340 | September 25 2019 01:16:51 |
| 817 | dprk.un@verizon.net | 108.27.83.157 | 57184 | September 25 2019 01:16:50 |
| 818 | dprk.un@verizon.net | 108.27.83.157 | 56999 | September 25 2019 01:15:19 |
| 819 | dprk.un@verizon.net | 3.87.197.108 | 33972 | September 25 2019 01:14:43 |
| 820 | dprk.un@verizon.net | 52.203.65.30 | 49951 | September 25 2019 01:14:05 |
| 821 | dprk.un@verizon.net | 3.82.57.142 | 39100 | September 25 2019 01:14:02 |
| 822 | dprk.un@verizon.net | 108.27.83.157 | 56732 | September 25 2019 01:14:00 |
| 823 | dprk.un@verizon.net | 35.172.219.202 | 43238 | September 24 2019 16:00:55 |
| 824 | dprk.un@verizon.net | 108.27.83.157 | 53116 | September 24 2019 16:00:54 |
| 825 | dprk.un@verizon.net | 54.198.235.229 | 40350 | September 24 2019 16:00:16 |
| 826 | dprk.un@verizon.net | 108.27.83.157 | 52950 | September 24 2019 16:00:15 |
| 827 | dprk.un@verizon.net | 34.206.71.20 | 44446 | September 24 2019 15:59:17 |
| 828 | dprk.un@verizon.net | 108.27.83.157 | 52836 | September 24 2019 15:59:16 |
| 829 | dprk.un@verizon.net | 52.203.65.30 | 3601 | September 24 2019 15:58:38 |
| 830 | dprk.un@verizon.net | 100.26.245.15 | 53022 | September 24 2019 15:58:37 |
| 831 | dprk.un@verizon.net | 108.27.83.157 | 52464 | September 24 2019 15:58:35 |
| 832 | dprk.un@verizon.net | 184.73.131.95 | 46978 | September 21 2019 12:13:45 |
| 833 | dprk.un@verizon.net | 108.27.83.157 | 49274 | September 21 2019 12:13:24 |
| 834 | dprk.un@verizon.net | 52.203.65.30 | 48586 | September 20 2019 15:43:02 |
| 835 | dprk.un@verizon.net | 108.27.83.157 | 60740 | September 20 2019 15:42:58 |
| 836 | dprk.un@verizon.net | 3.219.168.224 | 55416 | September 19 2019 12:04:27 |
| 837 | dprk.un@verizon.net | 108.27.83.157 | 49423 | September 19 2019 12:04:24 |
| 838 | dprk.un@verizon.net | 52.203.65.30 | 58459 | September 18 2019 13:28:32 |
| 839 | dprk.un@verizon.net | 108.27.83.157 | 53241 | September 18 2019 13:28:28 |
| 840 | dprk.un@verizon.net | 52.203.80.37 | 19031 | September 17 2019 12:31:06 |
| 841 | dprk.un@verizon.net | 108.27.83.157 | 50398 | September 17 2019 12:30:57 |
| 842 | dprk.un@verizon.net | 3.86.38.59 | 51944 | September 16 2019 22:02:25 |
| 843 | dprk.un@verizon.net | 108.27.83.157 | 54205 | September 16 2019 22:02:21 |
| 844 | dprk.un@verizon.net | 52.203.80.37 | 3041 | September 16 2019 21:57:52 |
| 845 | dprk.un@verizon.net | 52.203.65.30 | 42314 | September 16 2019 21:54:21 |
| 846 | dprk.un@verizon.net | 3.91.186.44 | 44252 | September 16 2019 21:54:20 |
| 847 | dprk.un@verizon.net | 108.27.83.157 | 52445 | September 16 2019 21:54:18 |
| 848 | dprk.un@verizon.net | 50.19.167.18 | 49726 | September 16 2019 21:46:28 |
| 849 | dprk.un@verizon.net | 108.27.83.157 | 49254 | September 16 2019 21:46:24 |
| 850 | dprk.un@verizon.net | 3.95.255.197 | 58128 | September 16 2019 13:10:21 |

| | | | |
|---|---|---|---|
| 851 | dprk.un@verizon.net | 52.24.183.101 | 4011 | September 15 2019 12:16:38 |
| 852 | dprk.un@verizon.net | 3.91.206.65 | 41136 | September 15 2019 12:16:36 |
| 853 | dprk.un@verizon.net | 52.3.233.23 | 33498 | September 15 2019 12:14:12 |
| 854 | dprk.un@verizon.net | 108.27.83.157 | 51438 | September 15 2019 12:14:09 |
| 855 | dprk.un@verizon.net | 52.203.80.37 | 46714 | September 14 2019 13:22:26 |
| 856 | dprk.un@verizon.net | 35.172.236.95 | 43188 | September 14 2019 12:53:47 |
| 857 | dprk.un@verizon.net | 108.27.83.157 | 50911 | September 14 2019 12:53:21 |
| 858 | dprk.un@verizon.net | 108.27.83.157 | 50521 | September 14 2019 12:46:14 |
| 859 | dprk.un@verizon.net | 52.24.183.101 | 47027 | September 14 2019 12:41:36 |
| 860 | dprk.un@verizon.net | 100.26.22.145 | 53594 | September 14 2019 12:41:30 |
| 861 | dprk.un@verizon.net | 3.219.240.153 | 59886 | September 14 2019 12:33:52 |
| 862 | dprk.un@verizon.net | 52.203.65.30 | 64829 | September 14 2019 12:33:24 |
| 863 | dprk.un@verizon.net | 3.80.144.202 | 48182 | September 14 2019 12:33:20 |
| 864 | dprk.un@verizon.net | 108.27.83.157 | 50011 | September 14 2019 12:33:15 |
| 865 | dprk.un@verizon.net | 3.80.146.1 | 44912 | September 14 2019 12:13:01 |
| 866 | dprk.un@verizon.net | 108.27.83.157 | 49272 | September 14 2019 12:12:54 |
| 867 | dprk.un@verizon.net | 52.34.110.242 | 32825 | September 13 2019 21:03:46 |
| 868 | dprk.un@verizon.net | 54.236.58.250 | 44480 | September 13 2019 21:03:45 |
| 869 | dprk.un@verizon.net | 108.27.83.157 | 54920 | September 13 2019 21:03:44 |
| 871 | dprk.un@verizon.net | 108.27.83.157 | 54840 | September 13 2019 21:01:17 |
| 872 | dprk.un@verizon.net | 108.27.83.157 | 54833 | September 13 2019 21:01:03 |
| 873 | dprk.un@verizon.net | 52.24.183.101 | 38260 | September 13 2019 20:59:55 |
| 874 | dprk.un@verizon.net | 54.88.147.41 | 59520 | September 13 2019 20:59:54 |
| 875 | dprk.un@verizon.net | 3.95.219.170 | 40834 | September 13 2019 17:14:54 |
| 876 | dprk.un@verizon.net | 54.204.65.75 | 56704 | September 13 2019 17:08:40 |
| 877 | dprk.un@verizon.net | 54.82.11.80 | 60234 | September 13 2019 17:06:34 |
| 878 | dprk.un@verizon.net | 52.203.65.30 | 55539 | September 13 2019 12:12:17 |
| 879 | dprk.un@verizon.net | 18.206.157.190 | 33570 | September 13 2019 12:12:15 |
| 880 | dprk.un@verizon.net | 108.27.83.157 | 49742 | September 13 2019 12:12:14 |
| 881 | dprk.un@verizon.net | 54.236.55.54 | 55956 | September 13 2019 12:05:11 |
| 882 | dprk.un@verizon.net | 34.228.166.77 | 43218 | September 12 2019 23:19:55 |
| 883 | dprk.un@verizon.net | 108.27.83.157 | 49720 | September 12 2019 23:19:54 |
| 884 | dprk.un@verizon.net | 108.27.83.157 | 65110 | September 10 2019 20:55:18 |
| 885 | dprk.un@verizon.net | 52.203.80.37 | 12209 | September 09 2019 20:36:42 |
| 886 | dprk.un@verizon.net | 108.27.83.157 | 59933 | September 09 2019 20:36:37 |
| 887 | dprk.un@verizon.net | 52.203.65.30 | 54879 | September 06 2019 20:00:36 |
| 888 | dprk.un@verizon.net | 3.83.78.16 | 46414 | September 06 2019 20:00:28 |
| 889 | dprk.un@verizon.net | 108.27.83.157 | 53284 | September 06 2019 20:00:25 |
| 890 | dprk.un@verizon.net | 52.203.65.30 | 57337 | September 02 2019 20:15:20 |
| 891 | dprk.un@verizon.net | 108.27.85.190 | 64498 | September 02 2019 20:15:19 |
| 892 | dprk.un@verizon.net | 52.203.65.30 | 57466 | August 29 2019 13:26:34 |
| 893 | dprk.un@verizon.net | 3.86.95.179 | 56062 | August 29 2019 13:26:33 |
| 894 | dprk.un@verizon.net | 108.27.85.190 | 53002 | August 29 2019 13:26:32 |
| 895 | dprk.un@verizon.net | 54.234.62.160 | 39002 | August 26 2019 11:52:59 |
| 896 | dprk.un@verizon.net | 108.27.85.190 | 59485 | August 26 2019 11:52:58 |
| 897 | dprk.un@verizon.net | 3.216.9.188 | 59738 | August 22 2019 12:14:03 |
| 898 | dprk.un@verizon.net | 108.27.85.190 | 49249 | August 22 2019 12:14:02 |
| 899 | dprk.un@verizon.net | 107.21.84.213 | 45504 | August 21 2019 12:06:55 |
| 900 | dprk.un@verizon.net | 108.27.85.190 | 1066 | August 21 2019 12:06:53 |
| 901 | dprk.un@verizon.net | 54.197.190.215 | 52378 | August 20 2019 22:52:03 |

| | | | | |
|---|---|---|---|---|
| 902 | dprk.un@verizon.net | 108.27.85.190 | 55357 | August 20 2019 22:52:02 |
| 903 | dprk.un@verizon.net | 54.91.140.97 | 38912 | August 20 2019 12:07:53 |
| 904 | dprk.un@verizon.net | 54.164.50.85 | 44340 | August 19 2019 20:00:21 |
| 905 | dprk.un@verizon.net | 108.27.85.190 | 52968 | August 19 2019 20:00:20 |
| 906 | dprk.un@verizon.net | 18.207.108.192 | 34148 | August 19 2019 12:22:37 |
| 907 | dprk.un@verizon.net | 54.165.242.41 | 53560 | August 13 2019 20:35:45 |
| 908 | dprk.un@verizon.net | 108.27.85.190 | 60027 | August 13 2019 20:35:43 |
| 909 | dprk.un@verizon.net | 52.203.65.30 | 14302 | August 12 2019 13:51:40 |
| 910 | dprk.un@verizon.net | 35.170.243.247 | 33010 | August 12 2019 13:51:39 |
| 911 | dprk.un@verizon.net | 108.27.85.190 | 49994 | August 12 2019 13:51:38 |
| 912 | dprk.un@verizon.net | 34.200.219.15 | 54204 | August 12 2019 12:19:49 |
| 913 | dprk.un@verizon.net | 108.27.85.190 | 49396 | August 12 2019 12:19:47 |
| 914 | dprk.un@verizon.net | 35.170.243.247 | 44690 | August 10 2019 12:03:37 |
| 915 | dprk.un@verizon.net | 108.27.85.190 | 54208 | August 10 2019 12:03:35 |
| 916 | dprk.un@verizon.net | 3.82.155.237 | 36380 | August 08 2019 22:26:01 |
| 917 | dprk.un@verizon.net | 108.27.85.190 | 60951 | August 08 2019 22:25:51 |
| 918 | dprk.un@verizon.net | 3.90.33.16 | 55276 | August 08 2019 13:30:04 |
| 919 | dprk.un@verizon.net | 3.89.86.100 | 56812 | August 05 2019 12:19:14 |
| 920 | dprk.un@verizon.net | 108.27.85.190 | 1064 | August 05 2019 12:19:13 |
| 921 | dprk.un@verizon.net | 54.160.60.242 | 52954 | August 03 2019 16:12:09 |
| 922 | dprk.un@verizon.net | 108.27.85.190 | 49277 | August 03 2019 16:12:08 |
| 923 | dprk.un@verizon.net | 54.82.18.60 | 36860 | August 03 2019 12:21:14 |
| 924 | dprk.un@verizon.net | 108.27.85.190 | 63885 | August 03 2019 12:21:13 |
| 925 | dprk.un@verizon.net | 108.27.85.190 | 50258 | August 02 2019 19:02:20 |
| 926 | dprk.un@verizon.net | 108.27.85.190 | 61983 | August 02 2019 15:47:54 |
| 927 | dprk.un@verizon.net | 52.203.65.30 | 5148 | August 02 2019 13:05:18 |
| 928 | dprk.un@verizon.net | 18.212.253.51 | 54042 | August 02 2019 13:05:08 |
| 929 | dprk.un@verizon.net | 52.203.80.37 | 21673 | August 01 2019 22:12:04 |
| 930 | dprk.un@verizon.net | 18.234.221.69 | 45668 | August 01 2019 22:11:51 |
| 931 | dprk.un@verizon.net | 108.27.85.190 | 55475 | August 01 2019 22:11:49 |
| 932 | dprk.un@verizon.net | 3.91.241.68 | 53598 | August 01 2019 19:49:05 |
| 933 | dprk.un@verizon.net | 108.27.85.190 | 54905 | August 01 2019 19:49:04 |
| 934 | dprk.un@verizon.net | 18.206.161.8 | 54888 | July 29 2019 12:17:53 |
| 935 | dprk.un@verizon.net | 108.27.85.190 | 55545 | July 29 2019 12:17:50 |
| 936 | dprk.un@verizon.net | 34.207.88.154 | 54102 | July 24 2019 16:42:03 |
| 937 | dprk.un@verizon.net | 108.27.85.190 | 49323 | July 24 2019 16:42:02 |
| 938 | dprk.un@verizon.net | 34.205.26.207 | 34892 | July 23 2019 13:47:42 |
| 939 | dprk.un@verizon.net | 54.235.45.119 | 50342 | July 23 2019 13:47:38 |
| 940 | dprk.un@verizon.net | 108.27.85.190 | 49567 | July 23 2019 13:47:36 |
| 941 | dprk.un@verizon.net | 3.220.174.163 | 54890 | July 23 2019 13:47:36 |
| 942 | dprk.un@verizon.net | 54.221.154.139 | 53350 | July 22 2019 13:01:32 |
| 943 | dprk.un@verizon.net | 108.27.85.190 | 49568 | July 22 2019 13:01:31 |
| 944 | dprk.un@verizon.net | 34.200.213.230 | 40084 | July 20 2019 12:34:43 |
| 945 | dprk.un@verizon.net | 18.204.43.189 | 46252 | July 20 2019 12:33:07 |
| 946 | dprk.un@verizon.net | 108.27.85.190 | 49420 | July 20 2019 12:33:06 |
| 947 | dprk.un@verizon.net | 54.205.94.241 | 42890 | July 19 2019 21:53:15 |
| 948 | dprk.un@verizon.net | 3.219.217.210 | 52622 | July 19 2019 21:53:12 |
| 949 | dprk.un@verizon.net | 52.91.249.87 | 42498 | July 19 2019 21:53:08 |
| 950 | dprk.un@verizon.net | 108.27.85.190 | 51241 | July 19 2019 21:53:07 |
| 951 | dprk.un@verizon.net | 34.239.124.55 | 47362 | July 19 2019 12:33:12 |

| | | | |
|---|---|---|---|
| 952 | dprk.un@verizon.net | 52.54.68.247 | 49400 | July 19 2019 12:32:08 |
| 953 | dprk.un@verizon.net | 108.27.85.190 | 57148 | July 19 2019 12:22:49 |
| 954 | dprk.un@verizon.net | 54.147.165.123 | 36752 | July 19 2019 12:22:49 |
| 955 | dprk.un@verizon.net | 18.233.93.239 | 43798 | July 19 2019 12:22:06 |
| 956 | dprk.un@verizon.net | 108.27.85.190 | 57032 | July 19 2019 12:22:05 |
| 957 | dprk.un@verizon.net | 108.27.85.190 | 55667 | July 18 2019 12:03:39 |
| 958 | dprk.un@verizon.net | 3.85.167.250 | 48778 | July 18 2019 12:03:39 |
| 959 | dprk.un@verizon.net | 18.234.97.82 | 39824 | July 17 2019 21:03:43 |
| 960 | dprk.un@verizon.net | 108.27.85.190 | 54080 | July 17 2019 21:03:42 |
| 961 | dprk.un@verizon.net | 52.90.174.200 | 43342 | July 17 2019 15:10:26 |
| 962 | dprk.un@verizon.net | 108.27.85.190 | 50840 | July 17 2019 15:10:25 |
| 963 | dprk.un@verizon.net | 3.216.123.214 | 39368 | July 17 2019 14:08:24 |
| 964 | dprk.un@verizon.net | 108.27.85.190 | 63777 | July 17 2019 14:07:11 |
| 965 | dprk.un@verizon.net | 18.234.45.70 | 47728 | July 17 2019 14:07:11 |
| 966 | dprk.un@verizon.net | 34.234.66.51 | 57634 | July 17 2019 12:26:19 |
| 967 | dprk.un@verizon.net | 3.80.91.21 | 40368 | July 17 2019 12:21:48 |
| 968 | dprk.un@verizon.net | 75.101.201.132 | 55414 | July 17 2019 12:21:46 |
| 969 | dprk.un@verizon.net | 3.80.29.220 | 36218 | July 17 2019 12:21:36 |
| 970 | dprk.un@verizon.net | 34.234.66.51 | 47698 | July 16 2019 18:32:16 |
| 971 | dprk.un@verizon.net | 108.27.85.190 | 52800 | July 16 2019 18:32:15 |
| 972 | dprk.un@verizon.net | 54.175.139.168 | 54294 | July 15 2019 12:18:15 |
| 973 | dprk.un@verizon.net | 108.27.85.190 | 49248 | July 15 2019 12:18:14 |
| 974 | dprk.un@verizon.net | 3.86.85.11 | 37350 | July 13 2019 13:34:16 |
| 975 | dprk.un@verizon.net | 108.27.85.190 | 49322 | July 13 2019 13:34:15 |
| 976 | dprk.un@verizon.net | 18.209.4.213 | 39756 | July 12 2019 17:50:15 |
| 977 | dprk.un@verizon.net | 108.27.85.190 | 50356 | July 12 2019 17:50:14 |
| 978 | dprk.un@verizon.net | 52.201.236.144 | 43872 | July 12 2019 14:40:49 |
| 979 | dprk.un@verizon.net | 108.27.85.190 | 50664 | July 12 2019 14:09:55 |
| 980 | dprk.un@verizon.net | 34.228.9.114 | 58440 | July 12 2019 12:29:36 |
| 981 | dprk.un@verizon.net | 54.82.63.188 | 44302 | July 12 2019 12:29:29 |
| 982 | dprk.un@verizon.net | 108.27.85.190 | 51071 | July 12 2019 12:29:27 |
| 983 | dprk.un@verizon.net | 52.203.65.30 | 60941 | July 11 2019 13:30:10 |
| 984 | dprk.un@verizon.net | 18.215.117.52 | 59334 | July 11 2019 13:30:03 |
| 985 | dprk.un@verizon.net | 108.27.85.190 | 64845 | July 11 2019 13:30:02 |
| 986 | dprk.un@verizon.net | 108.27.85.190 | 49282 | July 11 2019 12:04:49 |
| 987 | dprk.un@verizon.net | 52.90.56.2 | 55130 | July 11 2019 12:04:49 |
| 988 | dprk.un@verizon.net | 3.216.78.186 | 56778 | July 10 2019 12:10:31 |
| 989 | dprk.un@verizon.net | 108.27.85.190 | 1030 | July 10 2019 12:10:23 |
| 990 | dprk.un@verizon.net | 52.203.80.37 | 64615 | July 10 2019 11:19:46 |
| 991 | dprk.un@verizon.net | 3.210.202.205 | 37456 | July 10 2019 11:19:38 |
| 992 | dprk.un@verizon.net | 108.27.85.190 | 50439 | July 10 2019 11:19:37 |
| 993 | dprk.un@verizon.net | 52.203.65.30 | 18066 | July 09 2019 12:23:38 |
| 994 | dprk.un@verizon.net | 3.216.78.186 | 52866 | July 09 2019 12:23:37 |
| 995 | dprk.un@verizon.net | 108.27.85.190 | 58786 | July 09 2019 12:23:36 |
| 996 | dprk.un@verizon.net | 52.203.65.30 | 41408 | July 08 2019 22:14:32 |
| 997 | dprk.un@verizon.net | 54.86.49.128 | 58248 | July 08 2019 22:14:31 |
| 998 | dprk.un@verizon.net | 108.27.85.190 | 60878 | July 08 2019 22:01:08 |
| 999 | dprk.un@verizon.net | 3.218.151.39 | 60364 | July 08 2019 21:51:51 |
| 1000 | dprk.un@verizon.net | 18.207.110.241 | 39496 | July 08 2019 21:44:27 |
| 1001 | dprk.un@verizon.net | 108.27.85.190 | 52600 | July 08 2019 21:44:23 |

| | | | |
|---|---|---|---|
| 1002 | dprk.un@verizon.net | 18.234.63.241 | 39360 | July 08 2019 21:33:15 |
| 1003 | dprk.un@verizon.net | 108.27.85.190 | 60179 | July 08 2019 21:33:13 |
| 1004 | dprk.un@verizon.net | 3.93.36.62 | 41854 | July 08 2019 21:07:17 |
| 1005 | dprk.un@verizon.net | 108.27.85.190 | 49946 | July 08 2019 21:07:16 |
| 1006 | dprk.un@verizon.net | 54.164.32.171 | 35482 | July 08 2019 20:01:08 |
| 1007 | dprk.un@verizon.net | 52.90.56.2 | 47582 | July 08 2019 19:55:55 |
| 1008 | dprk.un@verizon.net | 54.209.204.51 | 50120 | July 08 2019 12:35:08 |
| 1009 | dprk.un@verizon.net | 3.94.22.241 | 35934 | July 07 2019 13:06:14 |
| 1010 | dprk.un@verizon.net | 100.26.245.242 | 55682 | July 07 2019 13:00:52 |
| 1011 | dprk.un@verizon.net | 18.234.63.241 | 56724 | July 07 2019 13:00:14 |
| 1012 | dprk.un@verizon.net | 18.232.250.196 | 51042 | July 07 2019 13:00:02 |
| 1013 | dprk.un@verizon.net | 54.89.98.142 | 58408 | July 07 2019 12:36:53 |
| 1014 | dprk.un@verizon.net | 108.27.85.190 | 56437 | July 07 2019 12:36:53 |
| 1015 | dprk.un@verizon.net | 52.201.236.144 | 58868 | July 07 2019 12:19:36 |
| 1016 | dprk.un@verizon.net | 3.93.151.44 | 46258 | July 07 2019 12:19:34 |
| 1017 | dprk.un@verizon.net | 3.210.197.231 | 49170 | July 07 2019 12:19:30 |
| 1018 | dprk.un@verizon.net | 108.27.85.190 | 61722 | July 07 2019 12:19:29 |
| 1019 | dprk.un@verizon.net | 54.158.51.232 | 51862 | July 06 2019 14:49:52 |
| 1020 | dprk.un@verizon.net | 108.27.85.190 | 49741 | July 06 2019 14:49:51 |
| 1021 | dprk.un@verizon.net | 54.82.63.188 | 44118 | July 06 2019 14:12:06 |
| 1022 | dprk.un@verizon.net | 108.27.85.190 | 57686 | July 06 2019 14:11:53 |
| 1023 | dprk.un@verizon.net | 52.23.235.116 | 34506 | July 05 2019 13:53:38 |
| 1024 | dprk.un@verizon.net | 54.86.49.128 | 49514 | July 05 2019 13:41:07 |
| 1025 | dprk.un@verizon.net | 108.27.85.190 | 50993 | July 05 2019 13:41:06 |
| 1026 | dprk.un@verizon.net | 52.203.80.37 | 32537 | July 05 2019 12:12:22 |
| 1027 | dprk.un@verizon.net | 18.234.63.241 | 46710 | July 05 2019 12:12:21 |
| 1028 | dprk.un@verizon.net | 108.27.85.190 | 49272 | July 05 2019 12:12:18 |
| 1029 | dprk.un@verizon.net | 52.3.227.66 | 40692 | July 04 2019 14:53:36 |
| 1030 | dprk.un@verizon.net | 52.90.56.2 | 36586 | July 04 2019 14:38:21 |
| 1031 | dprk.un@verizon.net | 108.27.85.190 | 53870 | July 04 2019 14:38:20 |
| 1032 | dprk.un@verizon.net | 34.234.175.37 | 56982 | July 03 2019 19:34:03 |
| 1033 | dprk.un@verizon.net | 108.27.85.190 | 51654 | July 03 2019 19:34:02 |
| 1034 | dprk.un@verizon.net | 52.203.80.37 | 42604 | July 03 2019 18:45:12 |
| 1035 | dprk.un@verizon.net | 52.90.56.2 | 56278 | July 03 2019 18:45:11 |
| 1036 | dprk.un@verizon.net | 34.203.203.115 | 59004 | July 01 2019 21:57:40 |
| 1037 | dprk.un@verizon.net | 108.27.85.190 | 62113 | July 01 2019 21:57:39 |
| 1038 | dprk.un@verizon.net | 52.203.65.30 | 9718 | July 01 2019 21:40:38 |
| 1039 | dprk.un@verizon.net | 34.201.28.22 | 36146 | July 01 2019 21:40:28 |
| 1040 | dprk.un@verizon.net | 108.27.85.190 | 53084 | July 01 2019 21:40:27 |
| 1041 | dprk.un@verizon.net | 18.233.153.37 | 42374 | July 01 2019 20:53:38 |
| 1042 | dprk.un@verizon.net | 108.27.85.190 | 63345 | July 01 2019 20:53:37 |
| 1043 | dprk.un@verizon.net | 52.203.80.37 | 48624 | July 01 2019 12:09:13 |
| 1044 | dprk.un@verizon.net | 18.206.136.35 | 45812 | July 01 2019 12:09:11 |
| 1045 | dprk.un@verizon.net | 52.203.65.30 | 31594 | June 29 2019 12:07:39 |
| 1046 | dprk.un@verizon.net | 18.213.1.16 | 58816 | June 29 2019 12:07:38 |
| 1047 | dprk.un@verizon.net | 108.27.85.190 | 50539 | June 29 2019 12:07:21 |
| 1048 | dprk.un@verizon.net | 52.203.65.30 | 19904 | June 28 2019 12:06:24 |
| 1049 | dprk.un@verizon.net | 18.234.97.101 | 37894 | June 28 2019 12:06:23 |
| 1050 | dprk.un@verizon.net | 108.27.85.190 | 1058 | June 28 2019 12:06:19 |
| 1051 | dprk.un@verizon.net | 52.203.80.37 | 20375 | June 26 2019 12:10:04 |

| | | | | |
|---|---|---|---|---|
| 1052 | dprk.un@verizon.net | 54.174.213.202 | 41114 | June 26 2019 12:10:03 |
| 1053 | dprk.un@verizon.net | 108.27.85.190 | 53728 | June 26 2019 12:10:02 |
| 1054 | dprk.un@verizon.net | 3.93.40.77 | 32808 | June 24 2019 16:00:35 |
| 1055 | dprk.un@verizon.net | 108.27.85.190 | 51076 | June 24 2019 16:00:34 |
| 1056 | dprk.un@verizon.net | 52.203.65.30 | 55015 | June 24 2019 15:50:36 |
| 1057 | dprk.un@verizon.net | 3.88.145.52 | 39338 | June 24 2019 15:50:10 |
| 1058 | dprk.un@verizon.net | 108.27.85.190 | 50004 | June 24 2019 15:50:09 |
| 1059 | dprk.un@verizon.net | 34.206.53.122 | 51242 | June 24 2019 12:31:53 |
| 1060 | dprk.un@verizon.net | 52.203.65.30 | 35136 | June 22 2019 12:09:21 |
| 1061 | dprk.un@verizon.net | 3.84.157.206 | 36668 | June 22 2019 12:09:20 |
| 1062 | dprk.un@verizon.net | 108.27.85.190 | 51502 | June 22 2019 12:09:19 |
| 1063 | dprk.un@verizon.net | 52.203.80.37 | 29636 | June 19 2019 19:27:40 |
| 1064 | dprk.un@verizon.net | 34.224.79.146 | 54010 | June 19 2019 19:27:39 |
| 1065 | dprk.un@verizon.net | 108.27.85.190 | 58993 | June 19 2019 19:27:38 |
| 1066 | dprk.un@verizon.net | 34.233.71.79 | 60614 | June 19 2019 12:25:31 |
| 1067 | dprk.un@verizon.net | 34.200.242.196 | 40808 | June 19 2019 12:25:30 |
| 1068 | dprk.un@verizon.net | 3.92.223.237 | 36780 | June 19 2019 12:24:49 |
| 1069 | dprk.un@verizon.net | 108.27.85.190 | 49362 | June 19 2019 12:24:25 |
| 1070 | dprk.un@verizon.net | 52.203.80.37 | 9145 | June 17 2019 20:21:08 |
| 1071 | dprk.un@verizon.net | 18.212.205.192 | 49032 | June 17 2019 20:21:07 |
| 1072 | dprk.un@verizon.net | 108.27.85.190 | 49461 | June 17 2019 20:21:06 |
| 1073 | dprk.un@verizon.net | 54.242.228.215 | 38454 | June 17 2019 15:33:26 |
| 1074 | dprk.un@verizon.net | 3.84.26.86 | 57448 | June 17 2019 15:30:40 |
| 1075 | dprk.un@verizon.net | 108.27.85.190 | 51078 | June 17 2019 15:30:39 |
| 1076 | dprk.un@verizon.net | 52.203.80.37 | 49993 | June 13 2019 12:11:01 |
| 1077 | dprk.un@verizon.net | 34.200.242.196 | 33228 | June 13 2019 12:10:59 |
| 1078 | dprk.un@verizon.net | 108.27.85.190 | 64517 | June 13 2019 12:10:58 |
| 1079 | dprk.un@verizon.net | 52.203.65.30 | 2719 | June 10 2019 12:06:24 |
| 1080 | dprk.un@verizon.net | 18.232.147.102 | 54456 | June 10 2019 12:06:23 |
| 1081 | dprk.un@verizon.net | 108.27.85.190 | 57307 | June 10 2019 12:06:22 |
| 1082 | dprk.un@verizon.net | 52.203.65.30 | 64208 | June 09 2019 11:38:08 |
| 1083 | dprk.un@verizon.net | 34.200.225.208 | 58868 | June 09 2019 11:38:07 |
| 1084 | dprk.un@verizon.net | 108.27.85.190 | 57374 | June 09 2019 11:38:07 |
| 1085 | dprk.un@verizon.net | 52.203.65.30 | 7395 | June 07 2019 22:23:21 |
| 1086 | dprk.un@verizon.net | 18.212.205.192 | 56712 | June 07 2019 22:23:20 |
| 1087 | dprk.un@verizon.net | 108.27.85.190 | 49931 | June 07 2019 22:23:19 |
| 1088 | dprk.un@verizon.net | 34.205.155.209 | 48212 | June 07 2019 15:20:07 |
| 1089 | dprk.un@verizon.net | 52.203.65.30 | 32471 | June 04 2019 12:06:18 |
| 1090 | dprk.un@verizon.net | 52.72.193.58 | 41274 | June 04 2019 12:06:17 |
| 1091 | dprk.un@verizon.net | 108.27.82.78 | 49235 | June 04 2019 12:06:16 |
| 1092 | dprk.un@verizon.net | 52.203.65.30 | 62526 | June 03 2019 22:29:38 |
| 1093 | dprk.un@verizon.net | 34.228.200.105 | 51514 | June 03 2019 22:29:36 |
| 1094 | dprk.un@verizon.net | 108.27.82.78 | 52608 | June 03 2019 22:29:35 |
| 1095 | dprk.un@verizon.net | 18.207.103.148 | 49210 | June 03 2019 21:21:16 |
| 1096 | dprk.un@verizon.net | 108.27.82.78 | 54116 | June 03 2019 21:21:15 |
| 1097 | dprk.un@verizon.net | 52.203.80.37 | 42441 | June 03 2019 12:06:34 |
| 1098 | dprk.un@verizon.net | 3.88.201.118 | 50178 | June 03 2019 12:06:32 |
| 1099 | dprk.un@verizon.net | 18.234.210.49 | 58130 | June 03 2019 12:05:26 |
| 1100 | dprk.un@verizon.net | 100.26.148.150 | 57656 | May 31 2019 14:25:55 |
| 1101 | dprk.un@verizon.net | 3.84.176.24 | 45788 | May 31 2019 14:25:52 |

| | | | | |
|---|---|---|---|---|
| 1102 | dprk.un@verizon.net | 35.174.242.79 | 55946 | May 31 2019 14:25:46 |
| 1103 | dprk.un@verizon.net | 3.215.185.253 | 51972 | May 31 2019 14:25:20 |
| 1104 | dprk.un@verizon.net | 108.27.82.78 | 51984 | May 31 2019 14:25:19 |
| 1105 | dprk.un@verizon.net | 18.234.210.49 | 45556 | May 30 2019 12:27:35 |
| 1106 | dprk.un@verizon.net | 108.27.82.78 | 52116 | May 30 2019 12:27:34 |
| 1107 | dprk.un@verizon.net | 18.212.226.92 | 39524 | May 30 2019 12:19:49 |
| 1108 | dprk.un@verizon.net | 108.27.82.78 | 62687 | May 30 2019 12:19:48 |
| 1109 | dprk.un@verizon.net | 18.207.103.148 | 56824 | May 29 2019 23:06:51 |
| 1110 | dprk.un@verizon.net | 108.27.82.78 | 59360 | May 29 2019 23:06:50 |
| 1111 | dprk.un@verizon.net | 3.88.201.118 | 47062 | May 29 2019 12:34:31 |
| 1112 | dprk.un@verizon.net | 3.216.93.35 | 52506 | May 29 2019 12:22:29 |
| 1113 | dprk.un@verizon.net | 3.87.207.231 | 53752 | May 29 2019 12:20:30 |
| 1114 | dprk.un@verizon.net | 18.207.168.102 | 43626 | May 29 2019 12:20:10 |
| 1115 | dprk.un@verizon.net | 108.27.82.78 | 55062 | May 29 2019 12:20:03 |
| 1116 | dprk.un@verizon.net | 3.89.98.34 | 44238 | May 28 2019 12:32:13 |
| 1117 | dprk.un@verizon.net | 108.27.82.78 | 49305 | May 28 2019 12:32:11 |
| 1118 | dprk.un@verizon.net | 18.212.226.92 | 47534 | May 27 2019 21:14:00 |
| 1119 | dprk.un@verizon.net | 3.88.108.100 | 55834 | May 27 2019 21:13:44 |
| 1120 | dprk.un@verizon.net | 108.27.82.78 | 49282 | May 27 2019 21:13:42 |
| 1121 | dprk.un@verizon.net | 35.153.39.70 | 44476 | May 27 2019 21:05:34 |
| 1122 | dprk.un@verizon.net | 108.27.82.78 | 50663 | May 27 2019 21:05:22 |
| 1123 | dprk.un@verizon.net | 18.215.186.45 | 40368 | May 27 2019 21:05:22 |
| 1124 | dprk.un@verizon.net | 3.88.84.227 | 46586 | May 25 2019 13:28:03 |
| 1125 | dprk.un@verizon.net | 3.215.185.253 | 38328 | May 25 2019 13:28:01 |
| 1126 | dprk.un@verizon.net | 204.236.195.239 | 50012 | May 25 2019 13:26:49 |
| 1127 | dprk.un@verizon.net | 108.27.82.78 | 62570 | May 25 2019 13:26:48 |
| 1128 | dprk.un@verizon.net | 34.234.234.7 | 43268 | May 24 2019 13:35:14 |
| 1129 | dprk.un@verizon.net | 108.27.82.78 | 55677 | May 24 2019 13:35:13 |
| 1130 | dprk.un@verizon.net | 3.216.93.35 | 43948 | May 24 2019 12:40:58 |
| 1131 | dprk.un@verizon.net | 108.27.82.78 | 49623 | May 24 2019 12:40:57 |
| 1132 | dprk.un@verizon.net | 34.207.160.111 | 36386 | May 22 2019 20:40:06 |
| 1133 | dprk.un@verizon.net | 108.27.82.78 | 63828 | May 22 2019 20:40:03 |
| 1134 | dprk.un@verizon.net | 52.203.80.37 | 15767 | May 21 2019 15:32:55 |
| 1135 | dprk.un@verizon.net | 54.89.254.143 | 53432 | May 21 2019 15:32:54 |
| 1136 | dprk.un@verizon.net | 3.80.102.58 | 50926 | May 21 2019 15:22:08 |
| 1137 | dprk.un@verizon.net | 108.27.82.78 | 51393 | May 21 2019 15:22:06 |
| 1138 | dprk.un@verizon.net | 52.203.65.30 | 7522 | May 21 2019 14:32:56 |
| 1139 | dprk.un@verizon.net | 54.227.186.38 | 59930 | May 21 2019 12:17:47 |
| 1140 | dprk.un@verizon.net | 54.89.254.143 | 35752 | May 18 2019 12:41:46 |
| 1141 | dprk.un@verizon.net | 108.27.82.78 | 49289 | May 18 2019 12:41:42 |
| 1142 | dprk.un@verizon.net | 3.88.108.100 | 34664 | May 17 2019 17:18:30 |
| 1143 | dprk.un@verizon.net | 108.27.82.78 | 59035 | May 17 2019 17:18:29 |
| 1144 | dprk.un@verizon.net | 52.203.65.30 | 56391 | May 17 2019 13:26:40 |
| 1145 | dprk.un@verizon.net | 3.93.190.144 | 51340 | May 17 2019 13:26:30 |
| 1146 | dprk.un@verizon.net | 108.27.82.78 | 50250 | May 17 2019 13:26:29 |
| 1147 | dprk.un@verizon.net | 18.212.226.92 | 57118 | May 17 2019 13:11:36 |
| 1148 | dprk.un@verizon.net | 108.27.82.78 | 49239 | May 17 2019 13:11:34 |
| 1149 | dprk.un@verizon.net | 3.92.152.178 | 36078 | May 17 2019 12:13:31 |
| 1150 | dprk.un@verizon.net | 54.89.254.143 | 60260 | May 17 2019 11:57:12 |
| 1151 | dprk.un@verizon.net | 34.229.151.24 | 34340 | May 17 2019 11:51:40 |

| | | | | |
|---|---|---|---|---|
| 1152 | dprk.un@verizon.net | 108.27.82.78 | 54340 | May 17 2019 11:51:39 |
| 1153 | dprk.un@verizon.net | 54.160.42.248 | 53334 | May 16 2019 14:01:54 |
| 1154 | dprk.un@verizon.net | 108.27.82.78 | 65447 | May 16 2019 14:01:52 |
| 1155 | dprk.un@verizon.net | 108.27.82.78 | 56880 | May 16 2019 13:08:56 |
| 1156 | dprk.un@verizon.net | 52.203.65.30 | 41640 | May 16 2019 12:14:06 |
| 1157 | dprk.un@verizon.net | 3.88.108.100 | 46440 | May 16 2019 12:13:48 |
| 1158 | dprk.un@verizon.net | 108.27.82.78 | 56272 | May 16 2019 12:13:28 |
| 1159 | dprk.un@verizon.net | 35.153.39.70 | 45152 | May 15 2019 21:48:19 |
| 1160 | dprk.un@verizon.net | 108.27.82.78 | 55144 | May 15 2019 21:48:18 |
| 1161 | dprk.un@verizon.net | 107.21.176.34 | 38590 | May 15 2019 15:46:10 |
| 1162 | dprk.un@verizon.net | 3.216.93.35 | 39164 | May 15 2019 15:44:37 |
| 1163 | dprk.un@verizon.net | 108.27.82.78 | 55660 | May 15 2019 15:44:36 |
| 1164 | dprk.un@verizon.net | 54.83.118.9 | 56342 | May 15 2019 12:17:07 |
| 1165 | dprk.un@verizon.net | 108.27.82.78 | 50654 | May 15 2019 12:16:47 |
| 1166 | dprk.un@verizon.net | 18.215.174.143 | 52358 | May 14 2019 22:26:21 |
| 1167 | dprk.un@verizon.net | 34.229.151.24 | 40754 | May 14 2019 22:02:15 |
| 1168 | dprk.un@verizon.net | 108.27.82.78 | 54085 | May 14 2019 22:02:13 |
| 1169 | dprk.un@verizon.net | 3.80.102.58 | 50034 | May 14 2019 20:39:16 |
| 1170 | dprk.un@verizon.net | 108.27.82.78 | 64609 | May 14 2019 20:39:14 |
| 1171 | dprk.un@verizon.net | 52.203.65.30 | 23768 | May 14 2019 16:52:26 |
| 1172 | dprk.un@verizon.net | 3.93.190.144 | 47002 | May 14 2019 16:52:19 |
| 1173 | dprk.un@verizon.net | 108.27.82.78 | 53165 | May 14 2019 16:52:17 |
| 1174 | dprk.un@verizon.net | 107.23.186.217 | 56302 | May 14 2019 15:53:37 |
| 1175 | dprk.un@verizon.net | 34.201.48.100 | 50904 | May 14 2019 13:58:49 |
| 1176 | dprk.un@verizon.net | 34.234.223.16 | 58930 | May 14 2019 13:56:02 |
| 1177 | dprk.un@verizon.net | 3.89.241.117 | 54434 | May 14 2019 13:51:56 |
| 1178 | dprk.un@verizon.net | 108.27.82.78 | 52615 | May 14 2019 13:51:53 |
| 1179 | dprk.un@verizon.net | 54.84.213.61 | 34224 | May 14 2019 12:23:32 |
| 1180 | dprk.un@verizon.net | 108.27.82.78 | 49346 | May 14 2019 12:23:31 |
| 1181 | dprk.un@verizon.net | 52.203.65.30 | 34243 | May 12 2019 13:30:23 |
| 1182 | dprk.un@verizon.net | 18.212.62.188 | 43918 | May 12 2019 13:30:10 |
| 1183 | dprk.un@verizon.net | 108.27.85.176 | 49284 | May 12 2019 13:30:06 |
| 1184 | dprk.un@verizon.net | 3.216.93.35 | 36412 | May 11 2019 14:31:28 |
| 1185 | dprk.un@verizon.net | 108.27.85.176 | 53257 | May 11 2019 14:31:27 |
| 1186 | dprk.un@verizon.net | 3.83.252.218 | 40644 | May 10 2019 12:09:32 |
| 1187 | dprk.un@verizon.net | 108.27.85.176 | 49233 | May 10 2019 12:09:30 |
| 1188 | dprk.un@verizon.net | 54.152.30.67 | 49164 | May 09 2019 16:56:47 |
| 1189 | dprk.un@verizon.net | 108.27.85.176 | 49900 | May 09 2019 16:56:46 |
| 1190 | dprk.un@verizon.net | 52.203.80.37 | 41193 | May 09 2019 12:19:31 |
| 1191 | dprk.un@verizon.net | 18.212.226.92 | 44720 | May 09 2019 12:19:23 |
| 1192 | dprk.un@verizon.net | 108.27.85.176 | 49251 | May 09 2019 12:19:21 |
| 1193 | dprk.un@verizon.net | 34.234.223.16 | 43754 | May 08 2019 21:11:33 |
| 1194 | dprk.un@verizon.net | 108.27.85.176 | 52651 | May 08 2019 21:11:32 |
| 1195 | dprk.un@verizon.net | 18.234.210.49 | 54150 | May 08 2019 16:51:02 |
| 1196 | dprk.un@verizon.net | 3.93.151.65 | 44402 | May 08 2019 12:26:34 |
| 1197 | dprk.un@verizon.net | 3.89.62.23 | 48278 | May 07 2019 12:09:14 |
| 1198 | dprk.un@verizon.net | 108.27.85.176 | 63000 | May 07 2019 12:09:12 |
| 1199 | dprk.un@verizon.net | 3.95.198.72 | 43484 | May 06 2019 18:42:35 |
| 1200 | dprk.un@verizon.net | 108.27.85.176 | 53173 | May 06 2019 18:42:34 |
| 1201 | dprk.un@verizon.net | 52.203.65.30 | 18964 | May 06 2019 12:16:55 |

| 1202 | dprk.un@verizon.net | 3.83.79.237 | 41086 | May 06 2019 12:16:46 |
|---|---|---|---|---|
| 1203 | dprk.un@verizon.net | 108.27.85.176 | 50395 | May 06 2019 12:16:38 |
| 1204 | dprk.un@verizon.net | 3.93.172.114 | 36580 | May 05 2019 15:05:27 |
| 1205 | dprk.un@verizon.net | 108.27.85.176 | 55104 | May 05 2019 15:05:21 |
| 1206 | dprk.un@verizon.net | 18.214.23.242 | 55556 | May 03 2019 12:27:02 |
| 1207 | dprk.un@verizon.net | 108.27.85.176 | 49305 | May 03 2019 12:27:00 |
| 1208 | dprk.un@verizon.net | 108.27.85.176 | 63490 | May 03 2019 12:14:35 |
| 1209 | dprk.un@verizon.net | 3.93.189.139 | 51364 | May 03 2019 12:14:35 |
| 1210 | dprk.un@verizon.net | 184.73.10.136 | 53282 | May 02 2019 20:48:33 |
| 1211 | dprk.un@verizon.net | 108.27.85.176 | 50281 | May 02 2019 20:48:32 |
| 1212 | dprk.un@verizon.net | 54.174.199.124 | 43600 | May 02 2019 19:32:51 |
| 1213 | dprk.un@verizon.net | 18.205.6.31 | 47470 | May 02 2019 12:34:08 |
| 1214 | dprk.un@verizon.net | 108.27.85.176 | 63365 | May 02 2019 12:34:06 |
| 1215 | dprk.un@verizon.net | 3.93.172.114 | 57304 | May 01 2019 17:11:06 |
| 1216 | dprk.un@verizon.net | 108.27.85.176 | 58404 | May 01 2019 17:11:04 |
| 1217 | dprk.un@verizon.net | 18.205.6.31 | 34928 | May 01 2019 14:45:00 |
| 1218 | dprk.un@verizon.net | 174.129.174.32 | 54002 | May 01 2019 14:41:00 |
| 1219 | dprk.un@verizon.net | 54.227.175.251 | 48502 | May 01 2019 14:40:56 |
| 1220 | dprk.un@verizon.net | 18.207.187.124 | 33412 | May 01 2019 14:40:51 |
| 1221 | dprk.un@verizon.net | 108.27.85.176 | 63097 | May 01 2019 14:40:50 |
| 1222 | dprk.un@verizon.net | 3.208.86.101 | 43996 | April 30 2019 21:08:22 |
| 1223 | dprk.un@verizon.net | 108.27.84.196 | 55274 | April 30 2019 21:08:21 |
| 1224 | dprk.un@verizon.net | 3.89.196.50 | 38310 | April 30 2019 20:46:45 |
| 1225 | dprk.un@verizon.net | 108.27.84.196 | 50193 | April 30 2019 20:46:44 |
| 1226 | dprk.un@verizon.net | 54.85.4.22 | 34358 | April 30 2019 20:28:36 |
| 1227 | dprk.un@verizon.net | 18.205.6.31 | 53504 | April 30 2019 19:18:58 |
| 1228 | dprk.un@verizon.net | 108.27.84.196 | 50914 | April 30 2019 19:18:57 |
| 1229 | dprk.un@verizon.net | 34.200.216.249 | 46832 | April 26 2019 14:21:26 |
| 1230 | dprk.un@verizon.net | 108.27.85.153 | 59185 | April 26 2019 14:21:25 |
| 1231 | dprk.un@verizon.net | 3.89.47.199 | 57208 | April 25 2019 12:18:10 |
| 1232 | dprk.un@verizon.net | 108.27.85.88 | 49244 | April 25 2019 12:18:09 |
| 1233 | dprk.un@verizon.net | 100.24.98.86 | 36580 | April 24 2019 15:41:11 |
| 1234 | dprk.un@verizon.net | 108.27.85.88 | 54472 | April 24 2019 15:41:05 |
| 1235 | dprk.un@verizon.net | 34.201.0.237 | 48872 | April 24 2019 12:25:04 |
| 1236 | dprk.un@verizon.net | 18.209.241.64 | 37330 | April 24 2019 12:17:14 |
| 1237 | dprk.un@verizon.net | 108.27.85.88 | 58245 | April 24 2019 12:17:11 |
| 1238 | dprk.un@verizon.net | 34.201.30.77 | 42054 | April 23 2019 21:32:52 |
| 1239 | dprk.un@verizon.net | 3.85.238.230 | 45694 | April 23 2019 21:27:01 |
| 1240 | dprk.un@verizon.net | 108.27.85.88 | 53108 | April 23 2019 21:27:00 |
| 1241 | dprk.un@verizon.net | 34.237.2.4 | 49828 | April 23 2019 12:22:27 |
| 1242 | dprk.un@verizon.net | 108.27.85.88 | 50146 | April 23 2019 12:22:26 |
| 1243 | dprk.un@verizon.net | 107.23.96.141 | 38466 | April 22 2019 12:23:33 |
| 1244 | dprk.un@verizon.net | 100.24.98.86 | 45052 | April 22 2019 12:23:27 |
| 1245 | dprk.un@verizon.net | 3.95.197.63 | 43392 | April 22 2019 12:23:25 |
| 1246 | dprk.un@verizon.net | 52.90.170.6 | 39926 | April 22 2019 12:22:40 |
| 1247 | dprk.un@verizon.net | 108.27.85.88 | 58423 | April 22 2019 12:22:33 |
| 1248 | dprk.un@verizon.net | 34.201.0.237 | 47378 | April 20 2019 13:43:40 |
| 1249 | dprk.un@verizon.net | 108.27.85.88 | 62276 | April 20 2019 13:43:30 |
| 1250 | dprk.un@verizon.net | 3.89.26.252 | 52136 | April 20 2019 12:08:47 |
| 1251 | dprk.un@verizon.net | 108.27.85.88 | 59389 | April 20 2019 12:08:46 |

| 1252 | dprk.un@verizon.net | 18.235.1.161 | 58928 | April 19 2019 14:04:00 |
| 1253 | dprk.un@verizon.net | 34.207.245.110 | 34962 | April 19 2019 13:58:26 |
| 1254 | dprk.un@verizon.net | 3.86.210.128 | 45112 | April 19 2019 13:54:46 |
| 1255 | dprk.un@verizon.net | 18.234.240.16 | 48990 | April 19 2019 13:53:16 |
| 1256 | dprk.un@verizon.net | 108.27.85.88 | 51016 | April 19 2019 13:53:14 |
| 1257 | dprk.un@verizon.net | 35.172.185.228 | 45136 | April 19 2019 13:50:48 |
| 1258 | dprk.un@verizon.net | 108.27.85.88 | 59381 | April 19 2019 13:50:47 |
| 1259 | dprk.un@verizon.net | 100.24.98.86 | 39104 | April 19 2019 12:38:18 |
| 1260 | dprk.un@verizon.net | 108.27.85.88 | 52315 | April 19 2019 12:10:25 |
| 1261 | dprk.un@verizon.net | 34.237.2.4 | 51278 | April 18 2019 23:00:01 |
| 1262 | dprk.un@verizon.net | 108.27.85.88 | 49221 | April 18 2019 23:00:00 |
| 1263 | dprk.un@verizon.net | 107.23.96.141 | 33972 | April 18 2019 22:45:32 |
| 1264 | dprk.un@verizon.net | 34.230.32.48 | 47878 | April 18 2019 15:51:59 |
| 1265 | dprk.un@verizon.net | 3.208.94.51 | 56680 | April 18 2019 15:27:41 |
| 1266 | dprk.un@verizon.net | 108.27.85.88 | 49221 | April 18 2019 15:27:40 |