# EXHIBIT 4



USAO_001181