UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                      20-cr-15 (PKC)

       -against-

                                                                       <u>ORDER</u>

VIRGIL GRIFFITH,

                      Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        The dial-in information for today's teleconference of 2:30 p.m. is as follows:

        <u>Dial-in</u>:     (888) 363-4749

        <u>Access Code</u>:  3667981#

        SO ORDERED.

                                                        P. Kevin Castel
                                                    United States District Judge

Dated:  New York, New York
           July 23, 2020