

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 23, 2020

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Virgil Griffith*, 20 Cr. 15 (PKC)

Dear Judge Castel:

      The Government respectfully submits for the Court's consideration the attached proposed Protective Order to govern the dissemination of 3500 material in this case. Counsel for defendant Virgil Griffith consents to and has signed the attached proposed Protective Order.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

By:    s/ Kimberly J. Ravener_____
      Michael K. Krouse
      Kimberly J. Ravener
      Kyle Wirshba
      Assistant United States Attorneys
      (212) 637-2279/-2358/-2493

cc: All Defense Counsel (via email)