# EXHIBIT A

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :
                                    :  20-cr-15 (PKC)
      - v. -                        :
                                    :
VIRGIL GRIFFITH,                    :  DEMAND
                                       FOR PARTICULARS
                                    :
            Defendant.              :
------------------------------------X
```

To prepare to defend against the charges set forth in the indictment in the above-captioned case, defendant Virgil Griffith requests a Bill of Particulars as follows, pursuant to Federal Rule of Criminal Procedure 7(f):

1. With respect to Paragraph 1, please identify with specificity: (i) all relevant acts or events that occurred in the Southern District of New York; ii) the location(s) of "elsewhere;" and (iii) all relevant acts or events in furtherance of the alleged conspiracy that occurred in any and all such location(s).

2. With respect to Paragraph 2, please identify with specificity: (i) the services that Mr. Griffith and/or others allegedly provided to the Democratic People's Republic of Korea ("DPRK") that were "a part and an object of the conspiracy"; (ii) the persons that provided such alleged services, including the referenced "others;" (iii) the amount of payment for these alleged

1

services, if any; (iv) the source of any payments rendered for the alleged services; and (v) the purported co-conspirators with whom Mr. Griffith allegedly conspired to provide services to the DPRK.

3. With respect to Paragraph 3, please identify with specificity: (i) the purported co-conspirators with whom Mr. Griffith allegedly conspired to evade and avoid and/or attempt to evade and avoid the requirements of U.S. law with respect to the provision of services to the DRPK; (ii) the specific requirements of U.S. law that Mr. Griffith and his purported co-conspirators allegedly conspired to evade and avoid; and (iii) the manner in which Mr. Griffith and his purported co-conspirators allegedly sought to evade and avoid such requirements.

Dated:  August 4, 2020

/s/ Brian E. Klein
_____
Brian E. Klein
Keri Curtis Axel
Baker Marquart LLP

-and-

Sean S. Buckley
Kobre & Kim LLP

*Attorneys for Virgil Griffith*