UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff, : | |
| v. | 20 Cr. 015 (PKC) |
| : | |
| VIRGIL GRIFFITH, | |
| : | |
| Defendant. | |

------------------------------------------------------x

## LOCAL RULE 16.1 DECLARATION IN SUPPORT OF
## DEFENDANT VIRGIL GRIFFITH'S MOTION TO COMPEL
## AND MOTION FOR A BILL OF PARTICULARS

I, SEAN S. BUCKLEY, affirm under penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney representing defendant Virgil Griffith in the above-captioned case. I make this declaration in support of Mr. Griffith's motion to compel and motion for a bill of particulars, which are being filed concurrently herewith (collectively, "Motions").

2. Counsel for Mr. Griffith has conferred with counsel for the government in an effort in good faith to resolve by agreement the issues raised by the Motions and has been unable to reach agreement.

3. Mr. Griffith's motion to compel seeks an Order directing the government to produce the following:

   a. All internal materials of the Department of Treasury's Office of Foreign Asset Controls ("OFAC") regarding or in connection with Mr. Griffith's trip to the Democratic People's Republic of Korea's ("DPRK");

   b. Confirmation of the identity of an individual identified by the government as "Witness-2"; and

      c.      Materials from OFAC, Department of Justice ("DOJ"), Federal Bureau of Investigation ("FBI"), Central Intelligence Agency ("CIA"), and National Security Agency ("NSA") related to the DPRK's cryptocurrency capabilities.

Despite good faith efforts, the parties have reached an impasse on each of the above topics that are the subject of Mr. Griffith's motion to compel.

4.    Mr. Griffith's motion for a bill of particulars seeks an Order directing the government to produce the following:

      a.      a specific recitation of the "services" Mr. Griffith is alleged to have provided, or caused to be provided, in violation of law, including the alleged services involved, the identification of others involved, the manner in which such services were provided in violation of law, and the amount and source of each payment for such alleged services;

      b.      the identities of all known co-conspirators; and

      c.      all relevant acts or events that occurred in this District.

Despite good faith efforts, the parties have reached an impasse on each of the above topics that are the subject of Mr. Griffith's motion for a bill of particulars.

5.    The foregoing is true and accurate to the best of my knowledge.

Dated: New York, New York
       October 22, 2020

*Sean S. Buckley* /KCA