

U.S. Department of Justice

Justice Management Division

*Security and Emergency Planning Staff*

---

*Washington, D.C. 20530*



October 5, 2020

The Honorable P. Kevin Castel
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York  10007

      RE:    *United States v. Virgil Griffith* (20-cr-15)

Dear Judge Castel:

Pursuant to paragraph two of the "REVISED SECURITY PROCEDURES ESTABLISHED PURSUANT TO PUB. L. 96-456, 94 STAT. 2025, BY THE CHIEF JUSTICE OF THE UNITED STATES FOR THE PROTECTION OF CLASSIFIED INFORMATION," I recommend Mr. Daniel O. Hartenstine, Supervisory Security Specialist, for the position of Classified Information Security Officer in the above-captioned case.  I also recommend Security Specialists Matthew W. Mullery, Maura L. Peterson, Carli V. Rodriguez-Feo, Harry J. Rucker, and Winfield S. Slade as alternate Classified Information Security Officers.  In addition, I certify that the above-mentioned individuals are cleared for the level and category of classified information that will be involved in this litigation.  Their duties will include responsibilities to the court for information, physical, personnel, and communications security, as well as any other pertinent duties as outlined in the above-cited procedures.

If you have any questions please do not hesitate to contact me or Deputy Director Christine E. Gunning at (202) 514-2094.

Sincerely,

*James L. Dunlap*

James L. Dunlap
Department Security Officer

cc: Edward Friedland, District Executive

*Daniel O. Hartenstine is appointed Classified Information Security Officer and the five named individuals as alternate Classified Information Security Officers in this case. SO ORDERED*

*/s/ Castel USDJ 11.10.20*