

**BAKER MARQUART**
**TRIAL LAWYERS**

777 South Figueroa Street
Suite 2850
Los Angeles, California 90017
424.652.7800
bakermarquart.com

WRITER'S DIRECT DIAL NO.
(424) 652-7814

WRITER'S E-MAIL ADDRESS
bklein@bakermarquart.com

**BY ECF**

December 1, 2020

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Virgil Griffith**
      **20 Cr. 15 (PKC)**

Dear Judge Castel:

    We respectfully submit this letter motion on behalf of our client, defendant Virgil Griffith, to request: (1) a brief extension from Thursday December 3, until Tuesday, December 8, 2020, to file reply briefs in support of Mr. Griffith's three pending pretrial motions; and (2) permission to file a reply brief of up to15 pages in support of the motion to dismiss (the other two replies will each be within the 10-page limit set by You Honor's individual practices).

    The requested relief is necessary to permit counsel for Mr. Griffith adequately to respond to the points and authorities set forth in the government's 69-page consolidated opposition brief. The defense has been working diligently on the reply briefs, even over the Thanksgiving holiday weekend, but a small amount of additional time is needed. In view of the requested adjournment, Mr. Griffith, of course, has no objection if the Court adjourns the December 22, 2020 oral argument

---

Defendant's time to file a reply is extended to December 8 and the request to file a 15-page brief is GRANTED. Argument will remain as scheduled for December 22 but will be conducted telephonically, provided defendant consents; if defendant withholds his consent the Court will set a date after January 15, 2021. Defendant to advise by December 8.
SO ORDERED.
12/2/2020

P. Kevin Castel
United States District Judge

Hon. P. Kevin Castel, U.S.D.J.
December 1, 2020
Page 2 of 2

until a date convenient to the Court in early January 2021.  The Court previously granted a brief extension of the motion schedule for the filing of the opening briefs and subsequent deadlines for the opposition and reply.  (*See* Dkt. No. 61.)

   We have conferred with counsel for the government who consent to the requested relief.


Respectfully submitted,

*/s/ Brian E. Klein*

Brian E. Klein
Keri Curtis Axel
Baker Marquart LLP

-and-

Sean S. Buckley
Kobre & Kim LLP

*Attorneys for Virgil Griffith*

cc: Government counsel of record (by ECF)