

777 South Figueroa Street
Suite 2850
Los Angeles, California 90017
424.652.7800
bakermarquart.com

WRITER'S DIRECT DIAL NO.
(424) 652-7814

WRITER'S E-MAIL ADDRESS
bklein@bakermarquart.com

<u>**Via ECF**</u>

December 4, 2020

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**    <u>**United States v. Virgil Griffith**</u>
             **20 Cr. 15 (PKC)**

Dear Judge Castel:

    Counsel for defendant Virgil Griffith write in response to the Court's December 2, 2020 order. (Dkt. No. 74.) Per the order, we have consulted with Mr. Griffith on whether he wishes to waive his physical appearance and participate telephonically at the December 22, 2020 hearing. Mr. Griffith does and consents to a telephonic appearance.

Respectfully submitted,

*/s/ Brian E. Klein*

Brian E. Klein
Keri Curtis Axel
Baker Marquart LLP

-and-

Sean S. Buckley
Kobre & Kim LLP
*Attorneys for Virgil Griffith*