UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                    :
UNITED STATES OF AMERICA                                            :
                                                                    :
                      -v.-                                          :                 20-cr-15 (PKC)
                                                                    :
VIRGIL GRIFFITH                                                     :                 ORDER
                                                                    :
                                        Defendant.                  :
--------------------------------------------------------------------X

CASTEL, U.S.D.J.

            The Standing Order of Chief Judge McMahon dated November 30, 2020 is

suspending all in-person proceedings until after January 15, 2021.  The oral argument scheduled

for December 22, 2020 will proceed telephonically.  The conference will commence at 11 A.M.

The dial-in information is as follows:

            Phone Number:        888-363-4749

            Access Code:         3667981

Members of the press and public may access this proceeding with the same information but will

not be permitted to speak.

            SO ORDERED.

                                                            _____
                                                                   P. Kevin Castel
                                                            United States District Judge

Dated: December 4, 2020
       New York, New York