```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA                              :
                                                      :
          -v.-                                        :        20-cr-15 (PKC)
                                                      :
VIRGIL GRIFFITH                                       :        ORDER
                                                      :
                    Defendant.                        :
------------------------------------------------------------------------X
```

CASTEL, U.S.D.J.

1. Defendant's motion to compel discovery of material in the possession of OFAC is GRANTED to the extent that the government is directed to conduct a review of material in the possession of OFAC for the period from October 24, 2019 to the present that is related to Mr. Griffith's prosecution; the government shall disclose any materials that must be disclosed to the defendant consistent with the government's obligations.

2. Defendant's motion to compel discovery of the identity of the individual identified as Witness 2 is DENIED.

3. The Court defers ruling on defendant's motion to compel a search of files of certain government agencies regarding the cryptocurrency and blockchain capabilities of the DPRK. The parties shall meet and confer on a stipulation. The proposed stipulation shall be submitted to the Court no later than January 25, 2021.

4. The parties are directed to submit a letter to the Court by December 30, 2020 setting forth any reason why the Court ought not seek a date for commencement of trial on or after September 7, 2021 and before September 30, 2021.

5. A conference is set for September 7, 2021 at 9:30 am in Courtroom 11D 500 Pearl Street, New York, NY.  For reasons stated on the record, time is excluded in the interest of justice under the Speedy Trial Act through September 7, 2021 to allow both sides to discuss a resolution of this matter and review discovery.

SO ORDERED.

P. Kevin Castel  
United States District Judge

Dated: December 22, 2020  
New York, New York