

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 30, 2020

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Virgil Griffith*, 20 Cr. 15 (PKC)

Dear Judge Castel:

The parties submit this letter in response to the Court's December 22, 2020 order to advise on whether there is any reason why the "the Court ought not seek a date for commencement of trial on or after September 7, 2021 and before September 30, 2021." ECF No. 82.

The parties have conferred and identified no reason why the case cannot be tried on or about September 7, 2021 and within the window identified by the Court. Defense counsel, however, request the date of September 7, 2020 because Mr. Buckley has a federal criminal trial in Chicago, *United States v. Gregg Smith*, 19 Cr. 669 (EEC) (N.D. Ill.), currently scheduled to commence on October 18, 2021, which the Department of Justice has estimated will last approximately five weeks.

        Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney

By:    _____/s/_____
        Kimberly J. Ravener
        Kyle A. Wirshba
        Assistant United States Attorneys
        (212) 637-2358 / 2493