UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:20-CR-0015-PKC |
| Plaintiff, | : | |
| v. | | |
| VIRGIL GRIFFITH, | | |
| | : | |
| Defendant. | | |

-------------------------------------------------------x

## NOTICE OF FILING OF APPENDIX OF EXHIBITS

BRIAN E. KLEIN
KERI CURTIS AXEL
BAKER MARQUART LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
(424) 652-7800

SEAN S. BUCKLEY
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
(212) 488-1200

*Attorneys for Virgil Griffith*

**TO THE COURT, COUNSEL OF RECORD, AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that, after meeting and conferring with the government as to certain redactions, defendant Virgil Griffith hereby files the attached Appendix of Exhibits that collects exhibits cited in his reply memoranda (Dkt. Nos. 77, 78, 79) filed in support of his Motions for a Bill of Particulars, to Compel, and to Dismiss.

Dated: January 12, 2021      BAKER MARQUART LLP

By: */s/ Keri Curtis Axel*
    Keri Curtis Axel
    Attorneys for Defendant Virgil Griffith