UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | | 20 Cr. 015 (PKC) |
| | : | |
| VIRGIL GRIFFITH, | | |
| | : | |
| Defendant. | | |

------------------------------------------------------

**NOTICE OF CHANGE OF FIRM NAME**

BRIAN E. KLEIN
KERI CURTIS AXEL
WAYMAKER LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
(424) 652-7800

SEAN S. BUCKLEY
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
(212) 488-1200

*Attorneys for Virgil Griffith*

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the law firm of Baker Marquart LLP has changed its firm name to Waymaker LLP, effective immediately. The firm's address, telephone number and facsimile number will remain the same. The firm's email addresses have been changed from bklein@bakermarquart.com to bklein@waymakerlaw.com and kaxel@bakermarquart.com to kaxel@waymakerlaw.com.

Please update your records to reflect this change.

Dated:  January 25, 2021                    Respectfully Submitted,

                                            */s/ Brian E. Klein*
                                            Brian E. Klein
                                            Keri Curtis Axel
                                            Baker Marquart LLP

                                            -and-

                                            Sean S. Buckley
                                            Kobre & Kim LLP

                                            *Attorneys for Virgil Griffith*