UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                              20-cr-15 (PKC)

      -against-

                                              <u>ORDER</u>

VIRGIL GRIFFITH,

                      Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        Conference is scheduled on February 11, 2021 at 11:00 a.m.  The conference will be held telephonically.  The dial-in information is as follows:

        <u>Dial-in</u>:     (888) 363-4749

        <u>Access Code</u>:  3667981#

        SO ORDERED.

                                                P. Kevin Castel
                                        United States District Judge

Dated:  New York, New York
           January 28, 2021