

Waymaker LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
T 424.652.7800

**Via ECF**

February 10, 2021

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Author's Direct Dial No.
**(424) 652-7814**

Author's Email Address
**bklein@waymakerlaw.com**

Re: <u>United States v. Virgil Griffith,</u>
    <u>20 Cr. 15 (PKC)</u>

Dear Judge Castel:

  Defendant Virgil Griffith respectfully requests that certain of his pretrial release conditions be modified. The defense has conferred with Pretrial Services and the government, and both do not oppose the requested modifications.

  Mr. Griffith has been on pretrial release for over a year, and has been and remains in full compliance with his pretrial release conditions. Since his release in early 2020, Mr. Griffith has made both an in-person court appearance (traveling from Tuscaloosa, Alabama) and numerous ones that were conducted telephonically due to the pandemic. As part of his pretrial release conditions, Mr. Griffith is currently subject to regular drug testing, cannot use an e-reader like the Kindle, and can only e-mail with his legal counsel. (Dkt. No. 15.)

  Mr. Griffith seeks the following modifications to those restrictions:

1. Drug testing and treatment as directed by Pretrial Services is terminated.

2. Mr. Griffith is allowed to use a Kindle (an Amazon e-reader that allows you to access books, magazines, newspapers and other content), with the condition that the Kindle be subject to inspection by Pretrial Services at their request.

3. Mr. Griffith is allowed to e-mail with non-attorneys, with the following conditions: (a) he use a U.S.-based, unencrypted e-mail provider (like Gmail); (b) he identify any email account used for this purpose to Pretrial Services; (c) and his emails with non-attorneys be subject to inspection by Pretrial Services at their request.[1]

---

[1] Mr. Griffith's computer has and will continue to have monitoring software on it, per the existing pretrial release conditions. (Dkt. No. 15.)



Mr. Griffith respectfully requests that the Court order the above modifications, which are unopposed by both Pretrial Services and the government.

Respectfully submitted,

Brian E. Klein
Keri Curtis Axel
Waymaker LLP

-and-

Sean S. Buckley
Kobre & Kim LLP

*Attorneys for Virgil Griffith*