UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                              20-cr-15 (PKC)

      -against-

                                                            <u>ORDER</u>

VIRGIL GRIFFITH,

                            Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The Court has considered defendant's motion for a modification of bail conditions, the government's response and the defendant's reply.

        Little of material importance has changed since the time bail conditions were set. The defendant has strong ties outside the United States and his financial condition, particularly outside the United States, cannot be reliably verified. Because of his prior employment by the Ethereum Foundation and the fluctuating and increasing value of cryptocurrency, there is reason to believe that he would have access to substantial resources were he to flee. The case against him remains strong. The danger to the community has not materially changed since bail was original set. Nevertheless, the preexisting conditions as modified herein will reasonably assure the presence of defendant as required at future proceedings and mitigate the danger to any person or the community.

        All pre-existing bail conditions shall remain in full force and effect, except as follows:

1. Commencing March 22, 2021, Mr. Griffith may leave his parents' home between the hours of 8 am and 1 pm on Mondays and Wednesdays for personal errands and medical or legal appointments within the City of Tuscaloosa and points not to exceed 10 miles from the City limits, subject to reasonable conditions set by his Pretrial Services Officer.

2. Defendant may apply to the Court for travel to the offices of his attorneys in Los Angles, provided the requested is made to the Court in writing ten days in advance (the Court will consider a further modification when a trial schedule is entered). The application shall specify the date, time and airport of departure and return, including flight number and other pertinent information, and the location where he will be residing while in Los Angles. Law enforcement, in the discretion of the government prosecutor, may accompany defendant to, from or on the flight and otherwise monitor his movements; provided, however, that nothing herein permits any interception of any communication between defendant and his attorneys.

Letter motion (Doc 95) is GRANTED IN PART and otherwise DENIED.

SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated: New York, New York
March 15, 2021