

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 7, 2021

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Application GRANTED.

So Ordered.
4/8/2021

P. Kevin Castel
United States District Judge

    Re:    *United States v. Virgil Griffith*, 20 Cr. 15 (PKC)

Dear Judge Castel:

    As the Court is aware, the Government's anticipated Classified Information Procedures Act ("CIPA") submission in this matter was originally due on March 19, 2021. On March 15, 2021, at the direction of the Counterintelligence and Export Control Section of the National Security Division for the Department of Justice ("CES"), the Government requested, and the Court granted, a three-week extension of that deadline until April 9, 2021. *See* Dkt. 105. This morning, the head of a member of the United States Intelligence Community ("USIC") requested a one-week extension of the April 9, 2021 deadline to complete a supporting declaration that is a necessary component of the filing. *See United States v. Aref*, 533 F.3d 72, 80 (2d Cir. 2008) (specifying that the privilege must be "lodged by the head of the department which has control over the matter, after actual personal consideration by that officer" (internal citation and quotation omitted)).

    Because a supporting declaration from this member of the USIC is necessary for the invocation of the "state secrets" privilege, CES has instructed this Office to seek a one-week extension of the Government's deadline to file its motion pursuant to CIPA.

Hon. P. Kevin Castel  Page 2
April 7, 2021

      Pursuant to CES's instructions, the Government respectfully requests that the Court extend the date for its CIPA motion until April 16, 2021, to permit adequate time for the USIC member to address this matter. The Government has notified the defense of this application, and the defense does not object to the proposed extension.

                                  Respectfully submitted,

                                  AUDREY STRAUSS
                                United States Attorney

By:               /s/
                                Kimberly J. Ravener
                                Kyle A. Wirshba
                                Assistant United States Attorneys
                                (212) 637-2358 / 2493

cc: Defense Counsel (by ECF)