

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 16, 2021

**BY ECF AND ELECTRONIC MAIL**
Brian Klein, Esq.
Waymaker LLP
777 S. Figueroa Street
Suite 2850
Los Angeles, California  90017

    Re:    *United States v. Virgil Griffith*, 20 Cr. 15 (PKC)

Dear Counsel:

    Please be advised that today the Government made a classified, *ex parte* submission to Judge Castel pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d), concerning classified discovery in this case. A proposed Protective Order submitted to the Court is enclosed with this letter.

                                           By:    /s/
                                                 Kimberly J. Ravener
                                                 Kyle A. Wirshba
                                                 Assistant United States Attorneys
                                                 One St. Andrew's Plaza
                                                 New York, New York 10007
                                                 212-637-2358 / 2493

Enclosure.