UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                   :

UNITED STATES OF AMERICA,               :

        -v.-                               :          20-cr-15 (PKC)

VIRGIL GRIFFITH,                       :          ORDER

                  Defendant.        :          FILED UNDER SEAL AND
------------------------------------------------------------------X    WITH THE CLASSIFIED
                                                                                INFORMATION
                                                              SECURITY OFFICER

SO ORDERED.
6/2/2021

                                                                           P. Kevin Castel
                                                                United States District Judge