

Waymaker LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
T 424.652.7800

Author's Direct Dial No.
**(424) 652-7814**

Author's Email Address
**bklein@waymakerlaw.com**

June 24, 2021

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application Granted.
SO ORDERED.
Dated: 6/24/2021

*P. Kevin Castel*
United States District Judge

**Re:   United States v. Virgil Griffith**
       **20 Cr. 15 (PKC)**

Dear Judge Castel:

      Defendant Virgil Griffith respectfully requests the Court's permission to attend his maternal grandmother's funeral on Tuesday, June 29, 2021, in Andalusia, Alabama (about a 3-hour drive from his parents' home where he resides on pretrial release).  Mr. Griffith would travel there by car with his parents, and he would leave that morning and be back home by 10 p.m. that night.  The defense has conferred with Pretrial Services and the government.  Both do not object to this request.

Respectfully submitted,

Brian E. Klein
Keri Curtis Axel
Waymaker LLP

-and-

Sean S. Buckley
Kobre & Kim LLP

*Attorneys for Virgil Griffith*