UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                       :

UNITED STATES OF AMERICA,              :

        -v.-                                  :           20-cr-15 (PKC)

VIRGIL GRIFFITH,                        :           <u>ORDER</u>

                Defendant.            :
-------------------------------------------------------------------X

CASTEL, U.S.D.J.

        The trial date for the above action has been moved to September 27, 2021 at 9:30 a.m. in a courtroom to be announced. The deadlines for pretrial submissions remain as set in the Court's June 2, 2021 Order. The Final Pretrial Conference remains scheduled for September 14, 2021 at 4:30 p.m. in a courtroom to be announced.

        SO ORDERED.

                                                                  P. Kevin Castel
                                                         United States District Judge

Dated: July 29, 2021
          New York, New York