UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v.-        20-cr-15 (PKC)

VIRGIL GRIFFITH,        ORDER

    Defendant.

-----------------------------------------------------------------------X

CASTEL, U.S.D.J.

    The application to seal the letter of September 2, 2021, together with the proposed order, is granted in part and denied in part. The letter and proposed order are sealed but redacted versions of the letter and proposed order shall be filed forthwith by defendant on the public docket, redacting only unique identifiers and/or account numbers, date of birth and the believed balance in the account.

    SO ORDERED.

                                                     P. Kevin Castel
                                                  United States District Judge

Dated: September 3, 2021
       New York, New York