UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA            :

        Plaintiff,                   :
        v.                                          20 Cr. 015 (PKC)
                                                    :
VIRGIL GRIFFITH,                                    **[Proposed] Order re Coinbase**
                                                    :
        Defendant.                   <u>**(Under Seal)**</u>
-------------------------------------------------------

      Upon the application of defendant Virgil Griffith and finding good cause therefor, it is **ORDERED** that any and all cryptocurrency maintained by Coinbase in an account (or accounts) in the name of Virgil Griffith (date of birth ▮▮▮▮▮▮▮ and user ID numbers ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮) shall be liquidated forthwith into U.S. dollars and transferred to the attorney trust account of defendant's counsel of record, Waymaker LLP ("Waymaker"), pursuant to the wiring instructions Waymaker provides to Coinbase.

      Waymaker may then apply those assets to legal bills and expenses of any kind associated with this case, including not only legal services but vendor or expert bills and other case-related expenses.  At the conclusion of this case, if any of these assets remain in the Waymaker trust account, Waymaker will confer with the government and inform the Court, and in any event, Waymaker will not return any assets to Mr. Griffith without further clearance from the Court.

Dated: New York, New York                            **SO ORDERED**
        _____, 2021

                                                                                                 _____
                                                                               HONORABLE P. KEVIN CASTEL
                                                                               UNITED STATES DISTRICT JUDGE