

Waymaker LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
T 424.652.7800

Author's Direct Dial No.
**(424) 652-7814**

Author's Email Address
**bklein@waymakerlaw.com**

**BY ECF**

September 3, 2021

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Virgil Griffith*
      20 Cr. 15 (PKC)

Dear Judge Castel:

      We write provide an update to the Court in connection with the September 2, 2021 letter motion the defense filed regarding defendant Virgil Griffith's Coinbase account.[1]  The defense re-ran the numbers and estimates the current dollar value of the cryptocurrencies in Mr. Griffith's account is approximately ▬▬▬▬▬▬.[2]  As noted in the letter motion, cryptocurrency assets often fluctuate substantially in value.  Indeed, the price of the cryptocurrency that is the major holding in Mr. Griffith's Coinbase account has risen dramatically in the last few days alone, and prices could continue to fluctuate dramatically in either direction in the coming days and weeks.

//

//

//

---

[1] For purposes of the letter motion and here, the defense is referring to Mr. Griffith's cryptocurrency holdings at Coinbase as an "account."

[2] This estimate is calculated based on the defense's understanding of the Coinbase records in the defense's possession.



Letter to Hon. P. Kevin Castel
September 3, 2021
Page 2 of 2

As always, defense counsel is available to answer any questions the Court may have.

Respectfully submitted,

/s/ Brian E. Klein

Brian E. Klein
Keri Curtis Axel
Waymaker LLP

-and-

Sean S. Buckley
Kobre & Kim LLP

*Attorneys for Virgil Griffith*