# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

September 7, 2021

**BY ELECTRONIC MAIL**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pear Street
New York, NY 10007

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
9-8-21

Dear Judge Castel:

    We respectfully write on behalf of defendant Virgil Griffith to propose a briefing schedule with respect to: (i) the government's pending motion to preclude defense expert testimony (ECF No. 146), which was filed on September 3, 2021; and (ii) defendant Griffith's pending motion to preclude government expert testimony (ECF No. 147). Having conferred with the government, the parties propose to the Court the following deadlines for opposition briefs:



- Defense to file any opposition to ECF No. 146 on or before Friday, September 10, 2021; and

- Government to file any opposition to ECF No. 147 on or before Monday, September 13, 2021.

We have conferred with counsel for the government who consent to the proposed deadlines.

AMERICAS (NEW YORK, BUENOS AIRES, CHICAGO, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
ASIA-PACIFIC (HONG KONG, SEOUL, SHANGHAI), EMEA (LONDON, TEL AVIV), OFFSHORE (BVI, CAYMAN ISLANDS)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.

Hon. P. Kevin Castel, U.S.D.J.
September 7, 2021
Page 2

Respectfully yours,

/s/ Sean S. Buckley

Sean S. Buckley
+1-212-488-1253

-and-

Brian E. Klein
Keri Curtis Axel
Waymaker LLP

*Attorneys for Virgil Griffith*

cc:   AUSA Kimberly Ravener
      AUSA Kyle Wirshba