

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 8, 2021

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Virgil Griffith*, 20 Cr. 15 (PKC)

Dear Judge Castel:

    The Government writes to respectfully move for the exclusion of time under the Speedy Trial Act between today's date and the scheduled trial date of September 27, 2021. Several motions have been filed by the parties in recent weeks, which remain pending, and the exclusion of time will afford the defendant time to consult with his attorney and prepare for trial. *See* Title 18, United States Code, Sections 3161(h)(1)(D) and (h)(7)(A). The Government respectfully submits that the ends of justice served by the exclusion of time outweigh the interests of the defendant and the public in a speedy trial. The defense consents to this application.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By:    /s/_____
    Kimberly J. Ravener
    Kyle A. Wirshba
    Assistant United States Attorneys
    (212) 637-2358 / 2493