

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 21, 2021

<u>**VIA EMAIL**</u>

Brian Edward Klein
Waymaker LLP
777 S. Figueroa Street Suite 2850
Los Angeles, CA 90017
Email: bklein@waymakerlaw.com

Sean Stephen Buckley
Kobre & Kim LLP
800 Third Avenue
Suite 6th Floor, 10022
New York, NY 10017
Email: Sean.Buckley@kobrekim.com

      Re:    *United States v. Virgil Griffith*, 20 Cr. 15 (PKC)

Dear Counsel:

      Based on your request, this letter provides notice, pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P."), of certain expert testimony that the Government intends to offer during its case-in-chief at trial. The Government reserves the right to call additional expert witnesses, and will promptly provide notice if the Government elects to do so.

<u>Celeste L. Arrington</u>

      At trial, the Government expects to offer testimony from Dr. Celeste L. Arrington, an expert in North Korean politics and history. Dr. Arrington is a professor at the George Washington University where she teaches about, among other things, the politics of North and South Korea.

      Dr. Arrington is expected to testify about the history and basis for United Nations, United States, and international sanctions against the Democratic People's Republic of Korea ("DPRK" or "North Korea"), and about particular concepts discussed by Griffith at the 2019 Pyongyang

Blockchain and Cryptocurrency Conference, or raised by Griffith in his interviews with FBI. *See United States v. Bilzerian*, 926 F.2d 1285, 1294 (2d Cir. 1991) (expert testimony admissible to "help a jury understand unfamiliar terms and concepts"). In particular, the Government anticipates eliciting testimony from Dr. Arrington regarding the following topics:

o   **Sanctions**. The United Nations, United States, and other international actors have imposed sanctions on the DPRK based on, among other things, North Korea's development of nuclear weapons, other weapons programs, and human rights abuses. These sanctions include, among other things, limits on trade, luxury goods, and access to international banking and finance. The sanctions are intended to change the conduct of DPRK leadership, punish for human rights abuses, and prevent the DPRK form securing materials needed for its weapons programs. These sanctions have become more comprehensive over time and have made it difficult to secure goods inside the DPRK.

o   **Peace**. The term peace is commonly understood inside North Korea to signify an end to outside pressure on the DPRK regime, including, the military threat from the United States and South Korean military alliance as well as the Korean war.

o   **Juche**. Juche roughly translates to "self-reliance" and is a thought system based on the idea that the DPRK must be self-sufficient in every way, including economic and military independence. The Juche ideology was developed in the 1950s in response to the subjugation of the North Korean people under foreigners. At present, Juche is used to control the population through, among other things, requiring DPRK citizens to make sacrifices in the spirit of Juche to ensure an independent North Korea.

o   **Otto Warmbier**. Otto Warmbier was an American citizen who traveled to the DPRK as part of a tourist group and was arrested by authorities in the DPRK. After a public trial and conviction, Warmbier remained in the DPRK for approximately seventeen months and was eventually returned to the United States in a coma. Warmbier died shortly thereafter.

       Attached is a copy of Dr. Arrington's resume.

<u>CART Examiners</u>

       At trial, the Government also expects to offer testimony from Victoria R. Tenpenny, Nicole C. Kwasnaza, Christian M. Isolda, Ramiro E. Mendez, Peter R. Conroy, and Louis DiOrio. Each of these witnesses is a Forensic Examiner with the Federal Bureau of Investigation ("FBI") assigned to the Computer Analyst Response Team ("CART"). The Government expects that these examiners will testify regarding the forensic analysis of electronic devices and digital accounts recovered and searched during the course of this investigation. More specifically, the Government expects that the examiners will testify about extractions of the following devices and search

warrant returns: Griffith's Cellphone (USAO_000427), Griffith's iPad (USAO_001560), Griffith's iCloud (USAO_001559), Griffith's laptop (USAO_001647), Wtness-2's drives (3502-12.0545, 3502-13.00001, 3502-14.0001), Griffith's Singaporean devices (USAO_ 009083-009087), and Griffith's MacBook (USAO_008793-008794).

Attached are copies of the resumes of Victoria R. Tenpenny, Nicole C. Kwasnaza, Christian M. Isolda, Ramiro E. Mendez, and Peter R. Conroy. The resume of Louis DiOrio will follow under separate cover.

<u>Conclusion and Reciprocal Disclosure</u>

In light of your request for the foregoing notice, the Government hereby requests reciprocal notice under Fed. R. Crim. P. 16(b)(1)(C). In addition, the Government reiterates its request for reciprocal disclosure of any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, which are in the defendant's possession or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial or which were prepared by a witness whom the defendant intends to call at trial.

The Government also reiterates its request that the defendant disclose prior statements of witnesses he will call to testify, including expert witnesses. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 225 (1975). We request that such material be provided on the same basis upon which we agree to supply the defendant with 3500 material relating to Government witnesses.

Very truly yours,

AUDREY STRAUSS
United States Attorney

By: /s_____
    Kimberly J. Ravener
    Kyle A. Wirshba
    Assistant United States Attorneys
    (212) 637-2358 / 2493

Updated: Mar. 2021

# CELESTE L. ARRINGTON

The George Washington University                                      cla@gwu.edu
2115 G Street, NW, Monroe Hall 440                                 (202) 994-6601
Washington, DC 20052

## ACADEMIC POSITIONS

**The George Washington University**
  *Korea Foundation Associate Professor of Political Science and International Affairs* 2020 – present
  *Korea Foundation Assistant Professor of Political Science and International Affairs*, 2012 – 2020
  Core Faculty, GW Institute for Korean Studies

**Program in Law and Public Affairs, Princeton University**
  *Fellow*, 2017 – 2018

**Institute for Advanced Study**, Princeton, NJ
  *Ginny and Robert Loughlin Founders' Circle Member*, School of Social Science, 2011 – 2012

**Program on U.S.-Japan Relations, Harvard University**
  *Advanced Research Fellow*, 2010 – 2011

## EDUCATION

**University of California, Berkeley**                        Ph.D., Political Science, 2010

**University of Cambridge, Trinity College**               MPhil, Japanese Studies, 2004

**Princeton University**                                     A.B., *Summa cum Laude*
  Woodrow Wilson School of Public and International Affairs; certificate in East Asian Studies, 2003

## BOOKS AND MANUSCRIPTS IN PROGRESS

*Accidental Activists: Victim Movements and Government Accountability in Japan and South Korea* (Ithaca:
  Cornell University Press, 2016).
  Part of the Studies of the Weatherhead East Asian Institute publication series at Columbia University.
  Reviewed in *Mobilization, Journal of Asian Studies, Pacific Affairs, Asian Journal of Law and Society,
  Japanese Law in the Asia-Pacific, Journal of Japanese Studies, International Studies Review, Global
  Asia, Social Science Japan Journal, Political and Legal Anthropology Review*

*From Manners to Rules: Activism for Legalistic Policy Solutions in South Korea and Japan* (monograph, under
  contract with Cambridge University Press, Studies in Law and Society).

*Rights Claiming in South Korea*, co-edited with Patricia Goedde (New York: Cambridge University Press, 2021).

## PEER-REVIEWED ARTICLES

"Insider Activists and Secondhand Smoke Countermeasures in Japan," *Asian Survey* 61, no. 4 (July/August 2021).

"Cause Lawyering and Movement Tactics: Disability Rights Movements in South Korea and Japan," with Yong-il
  Moon, *Law & Policy* 42, no. 1 (January 2020): 5-30.

"The Mechanisms behind Litigation's 'Radiating Effects': Historical Grievances against Japan," *Law & Society
  Review* 53, no. 1 (March 2019): 6-40.

1

"Hiding in Plain Sight: Pseudonymity and Participation in Legal Mobilization," *Comparative Political Studies* (online first May 10, 2018), 52, no. 2 (Feb. 2019): 310-341.

"The Mutual Constitution of the Abductions and North Korean Human Rights Issues in Japan and Internationally," *Pacific Affairs* 91, no. 3 (September 2018): 471-498.

"The Access Paradox: Media Environment Diversity and Coverage of Activist Groups in Japan and Korea," *Journal of East Asian Studies* 17, no. 1 (March 2017): 69-93.

"Leprosy, Legal Mobilization, and the Public Sphere in Japan and South Korea," *Law & Society Review* 48, no. 3 (Sept. 2014): 563-93.

"The Abductions Issue in Japan and South Korea: Ten Years after Pyongyang's Admission," *International Journal of Korean Studies* 17, no. 2 (Spring/Summer 2013): 108-39.

"The Politics of NGOs and Democratic Governance in South Korea and Japan," with Lee Sook-Jong, *Pacific Focus* 23, no. 1 (April 2008): 75-96.

"Democratization and Changing Anti-American Sentiments in South Korea," with Oh Chang Hun, *Asian Survey* 47, no. 2 (March/ April 2007): 327-50.

## PEER-REVIEWED CHAPTERS IN EDITED VOLUMES & PROCEEDINGS

"Legal Mobilization and the Transformation of State-Society Relations in the Realm of Disability Policy in Korea," in *Civil Society and the State in Post High Growth East Asia*, edited by David Chiavacci, Simona Grano, and Julia Obinger (Amsterdam University Press, 2020): 297-323.

"How to Analyze Data: Qualitative Content and Frame Analysis," in *Studying Japan: Research Design, Fieldwork, and Methods*, edited by Nora Kottmann and Cornelia Reiher (Nomos Verlag, 2020): 349-362.

"Linking Abductee Activism and North Korean Human Rights Advocacy in Japan and Abroad," in Andrew Yeo and Danielle Chubb, eds. *North Korean Human Rights: Activists and Networks* (Cambridge University Press, 2018): 85-108.

"The Public Sphere in South Korea: Civil Society, the Media, and Democracy," *Asian Journal of International Studies*, Special Issue: Proceedings of the Second Workshop on Korean Studies (II) 22 (2017): 47-64.

"Japan-South Korea Relations and Litigation," in *Challenges Facing Japan*, (Washington: The Maureen and Mike Mansfield Foundation, 2014): 11-20.

## WORKS IN PROGRESS

"Bottom-Up Drivers of Institutional Change: Legal Mobilization and Disability Rights in South Korea and Japan" (under review).

"From Good Will to Rules: Disability Rights and Activism in South Korea and Japan," for *Current History*.

"Mobility Rights and Contention in South Korea and Japan," (working paper).

## BOOK REVIEWS

Review of "Japanese Society and the Politics of the North Korean Threat," by Seung Hyok Lee (2016), *Journal of Japanese Studies* 45, no. 1 (Winter 2019): 173-178.

Review of "Curative Violence: Rehabilitating Disability, Gender, and Sexuality in Modern Korea," by Eunjung Kim (2017), *Pacific Affairs* 91, no. 1 (March 2018): 172-174.

Review of "Making We the People: Democratic Constitutional Founding in Postwar Japan and South Korea," by Chaihark Hahm and Sung Ho Kim (2015), *Pacific Affairs* 90, no. 2 (June 2017).

Review of "Witness to Transformation: Refugee Insights into North Korea," by Stephan Haggard and Marcus Noland (2011), *Political Science Quarterly* 126, No. 4 (Winter 2011 – 2012): 682-83.

## OTHER WRITING

"Japan and South Korea Can't Get Along: Why America Needs to Help Its Allies Mend Fences," *Foreign Affairs* (with Andrew Yeo) (July 31, 2019).

"Japan claims it's restricting exports to South Korea because of 'national security.' Here's the real reason why." The Monkey Cage, *The Washington Post* (July 18, 2019).

"Abe is Aching for a Seat at the Table," *East Asia Forum* (with Isozaki Atsuhito), http://www.eastasiaforum.org/2018/07/19/abe-is-aching-for-a-seat-at-the-table/ (July 19, 2018).

"South Korea ended its review of its 'comfort women' deal with Japan. Here's what you need to know," The Monkey Cage, *The Washington Post* (Jan. 11, 2018).

"Episode 7: New Voices in the Struggle over History," *Council on Foreign Relations Podcast*, Dec. 5, 2017, https://www.cfr.org/podcasts/episode-7-new-voices-struggle-over-history.

"South Koreans will elect a new president on Tuesday. Here's what to expect," with See-Won Byun, The Monkey Cage, *The Washington Post* (May 7, 2017).

"South Korea's president was impeached. North Korea is increasingly threatening. Here's what you need to know," The Monkey Cage, *The Washington Post* (March 12, 2017).

"South Korea's president was just impeached. This is what it means and what comes next," The Monkey Cage, *The Washington Post* (Dec. 12, 2016).

"Can Japan and Korea 'Resolve' the Question of Japan's Korean Sex Slaves during WWII?" The Monkey Cage, *The Washington Post* (Jan. 13, 2016).

## GRANTS, FELLOWSHIPS, & AWARDS

| | |
|---|---|
| SSRC Research Fellowship | 2020 – 2021 |
| Fellow at the Princeton University Program in Law and Public Affairs | 2017 |
| Association for Korean Studies, 5-year grant—core faculty, GW Institute for Korean Studies (GWIKS) | 2016 |
| SOAR Faculty Research Fund, Elliott School—The George Washington University | 2016 |
| Korea Foundation Field Research Fellowship (declined) | 2016 |
| University Facilitating Fund—The George Washington University | 2015 – 2016 |
| Summer Research Grant, Sigur Center for Asian Studies—GWU | 2015 |
| Policy Research Scholar, GWIPP—GWU | 2013 – 2014 |
| Summer Research Grant, Sigur Center for Asian Studies—GWU | 2013 |
| Member of Cohort I, U.S.-Korea Scholar-Policymaker Nexus—Mansfield Foundation | 2013 – 2015 |
| Summer Research Grant, Sigur Center for Asian Studies—GWU | 2012 |
| Member of Cohort II, U.S.-Japan Network for the Future Program—Mansfield Foundation | 2012 – 2014 |
| Member, School of Social Science—Institute for Advanced Study | 2011 – 2012 |
| Advanced Research Fellow, Program on U.S.-Japan Relations—Harvard University | 2010 – 2011 |
| Center for Japanese Studies, Dissertation Fellowship—UC Berkeley | 2009 – 2010 |

| | |
|---|---|
| Fulbright IIE Fellowship for Japan—Graduate Research Fellow, University of Tokyo | 2008 – 2009 |
| Dean's Fellowship—UC Berkeley | 2007 – 2008 |
| Harvey Fellowship—Mustard Seed Foundation | 2006 – 2009 |
| Foreign Language and Area Studies (FLAS) Fellowship for Korean—UC Berkeley | 2006 – 2007 |
| Center for Japanese Studies, Summer Language Funding—UC Berkeley | 2006 |
| Foreign Language and Area Studies (FLAS) Fellowship for Korean—UC Berkeley | 2005 – 2006 |
| Boren Graduate Fellowship, National Security Education Program for Korean | 2004 – 2006 |
| Foreign Language and Area Studies (FLAS) Fellowship for Japanese—UC Berkeley | 2004 – 2005 |
| Marjory Chadwick Buchanan Senior Thesis Prize—Princeton University | 2003 |
| Elected to Phi Beta Kappa—Princeton University | 2003 |
| All-Ivy Academic Honors—Princeton University | 2003 |
| National Scholar-Athlete Award—NCAA Division I, Women's Rowing, Princeton | 2002 & 2003 |
| R.W. van de Velde Award—Woodrow Wilson School, Princeton | 2002 |

## INVITED TALKS & WORKSHOPS

| | |
|---|---|
| 2020 | University of Pennsylvania, Center for East Asian Studies |
| 2020 | Syracuse University, Moynihan Institute of Global Affairs |
| 2020 | Loyola Marymount University, Global Policy Institute |
| 2019 | University of Michigan, Bridging Methodological Divides in Japanese Studies. |
| 2019 | University of Michigan, Nam Center for Korean Studies and Center for Japanese Studies. |
| 2019 | Freie Universität Berlin, International Conference on Studying Japan. |
| 2019 | Temple University, Comparative Politics Colloquium. |
| 2018 | Center for the Study of Law and Society, University of California, Berkeley. |
| 2018 | GW Institute for Korean Studies Signature Conference: The Evolution of Rights in Korea (co-organizer). |
| 2018 | New York University Law School. |
| 2018 | Princeton University, Program in Law and Public Affairs, LAPA Seminar. |
| 2018 | Texas Christian University. |
| 2017 | Wesleyan University, the Catalyst Conference on East Asian Studies. |
| 2017 | U.S. Department of State, Analytic Exchange. |
| 2017 | Wilson Center, Asia Program. |
| 2017 | Truth and Human Rights in North Korea (THiNK), George Washington University. |
| 2017 | Mansfield Foundation, Capitol Hill Dialogue, Japan-U.S. Task Force on New Approach to the DPRK. |
| 2016 | Princeton University, Program in Law and Public Affairs and the Qualitative Research Colloquium. |
| 2016 | Foreign Affairs Congressional Staff Association and Wilson Center, Korean History and Public Policy. |
| 2016 | Harvard University, Program on U.S.-Japan Relations. |
| 2016 | Council on Foreign Relations, Roundtable on Northeast Asian Nationalisms and Alliance Management. |
| 2015 | Kyung Hee University, South Korea. |
| 2014 | Capitol Hill and Mansfield Foundation, Challenges Facing Japan. |
| 2013 | Ministry of Unification, International Conference on Korean Unification and International Cooperation. |
| 2013 | Johns Hopkins University SAIS, Reischauer Center for East Asian Studies Seminar Series. |
| 2012 | University of Pennsylvania, Law School. |
| 2012 | Institute for Advanced Study, School of Social Sciences Lunch Seminar. |
| 2011 | University of California, Berkeley, Workshop on Korean Studies. |
| 2011 | Harvard University, Japanese Contemporary Politics Study Group. |
| 2011 | University of Southern California, Rising Stars of Korean Studies Workshop. |
| 2010 | Harvard University, Program on U.S.-Japan Relations Seminar. |
| 2010 | Wellesley College. |
| 2010 | University of Southern California, West Coast Workshop on International Relations in East Asia. |
| 2009 | U.S. Embassy, Tokyo. |
| 2009 | Chuo University, Japan. |

2008    Sophia University, Japan.

## CONFERENCE PAPERS & OTHER PRESENTATIONS

"Cause Lawyering: Infrastructures for Using and Changing Legal Opportunities in South Korea and Japan," paper presented at the Annual Meeting of the Law and Society Association, June 1, 2019.

"Disability Rights and Evolving Legal Opportunity Structures in South Korea and Japan," Comparative Politics Symposium, Temple University, April 15, 2019.

"Disability Rights Movements, Lawyers, and Tactical Innovation in Japan and South Korea," paper presented at the Annual Meeting of the International Studies Association, March 29, 2019.

"Rights Refracted: Disability Rights Diffusion and Evolving Legal Opportunity Structures in South Korea and Japan," Center for the Study of Law and Society, UC Berkeley, Oct. 22, 2018.

"Evolving Legal Opportunity Structures in South Korea," paper presented at *The Evolution of Rights in Korea*, a conference I co-organized at the GW-Institute for Korean Studies, April 20-21, 2018.

"Legal Opportunity Structures and Political Participation through the Courts in South Korea," paper presented at the Annual Meeting of the Association for Asian Studies, March 23-26, 2018.

"The Past in Present-Day East Asian Politics," Texas Christian University, March 8, 2018.

"The Radiating Effects of Litigation Related to Historical Grievances against Japan," paper presented at *Korea on Trial: Law and Justice in the Face of Violence*, University of Pennsylvania, April 28, 2017.

"Rights Activism and Legislation for Persons with Disabilities in Japan and Korea," Annual Meeting of the American Political Science Association, Sept. 1-4, 2016 (with Yong-il Moon).

"Lawyers' Networks and Policy Change in Japan and South Korea," Annual Meeting of the Association for Asian Studies, March 31 – April 3, 2016.

"Court-Based Conflicts and Cross-National Cooperation," paper presented on a panel that I organized ("Japan: A Swing to the Right?") for the Meeting of the Association for Asian Studies, March 26 – 29, 2015.

"Mobilizing Support for the Sick: South Korean and Japanese Patient Activism in the Digital Era," paper presented on a panel that I organized ("Activism in East Asia in the Digital Age") for the Annual Meeting of the American Political Science Association, Aug. 28 – 31, 2014.

"Names and Namelessness: Plaintiff Anonymity and Legal Mobilization in Japan and Korea," Annual Meeting of the Law and Society Association, May 30 – June 2, 2013.

"Legal Mobilization in Japan: Using Litigation to Influence Policy-Making," Annual Meeting of the American Political Science Association, Sept. 1 – 4, 2011.

"Transnational Legal Mobilization: Japanese Cause Lawyers and Leprosy Redress Movements in East Asia," Annual Meeting of the Law and Society Association, June 2 – 4, 2011.

"State Accountability and Responsiveness to Victim Redress Movements in South Korea and Japan," Annual Meeting of the American Political Science Association, Sept. 2 – Sept. 5, 2010.

"Interest Group Influence in Policy-Making Processes: Comparing the Abductions Issue and North Korea Policy in Japan and South Korea," Annual Meeting of the American Political Science Association, 2007.

## SELECT MEDIA CONTRIBUTIONS & APPEARANCES

*The New York Times*, Nov. 3, 2017; Sept. 19, 2018; Aug. 1, 2019.
*The Washington Post*, Sept. 21, 2017.
*Los Angeles Times*, Aug. 17, 2019.
*Bloomberg*, Aug. 27, 2017.
*PRI*: Nov. 8, 2017; Nov. 17, 2020.
*Deutsche Welle*, Aug. 26, 2017.
*Canadian Broadcasting* Corporation, June 21, 2017, January 2018.
*NHK*: television interview, May 9, 2017.
*Yonhap*: Nov. 2, 2020; Jan. 20, 2021.
*Kyodo News*: profile and interview, Jan. 17, 2017.
*Korea Times*: July 26, 2019.
*WUSA9* live television interview on *Off Script* 7pm news: April 14, 2017.
*NPR*: live interview on AirTalk with Larry Mantle, June 12, 2018.
*Hearst TV*: television interview, July 3, 2018.
*Arirang News*: television interview, Dec. 23, 2019.
*DongA Ilbo*: May 29, 2013; March 18, 2015; March 10, 2017.
*Chosun Ilbo*: Jan. 11, 2017.
*Hankook Ilbo*: July 16, 2019.
*Tokyo Shimbun*: May 10, 2017.
*Chūnichi Shimbun*, May 13, 2017.
*Ryukyu Shimpo*: May 10, 2017.
*Hokkaido Shimbun*: May 12, 2017.
*Nishi Nippon Shimbun*: March 8, 2017; May 25, 2017; July 2, 2017.
*South China Morning Post*, Nov. 22, 2018.
*Christian Science Monitor*: Feb. 13, 2017.
*Voice of America*, March 8, 2017; Sept. 12, 2018; March 20, 2019.
*Radio Free Asia*: Sept.12, 2012; April 10, 2013; Oct. 25, 2016; March 27, 2017; Aug. 14, 2019.

## TEACHING

**The George Washington University**
> *Politics in the Two Koreas (undergraduate)*
> *Korean Politics (master's students)*
> *States and Societies in East Asia (master's students)*
> *State-Society Relations in East Asia ("writing-in-the-discipline" seminar)*
> *Protest and Participation in East Asia ("writing-in-the-discipline" seminar)*
> *Social Movements (doctoral)*

**Harvard University**
> *Human Rights and Democracy in East Asia (junior research seminar)*—lecturer

**University of California, Berkeley**
> *Northeast Asian Politics: Japan*—teaching assistant for Steven K. Vogel
> *Introduction to International Relations*—teaching assistant for Amy Gurowitz
> *The Politics of Japan*—teaching assistant for T.J. Pempel

## TRAINING & PROFESSIONAL EXPERIENCE

**Foreign Expert, Korean Unification for Junior International Experts**—Seoul            July 2013
**Graduate Student Researcher for Prof. Steven K. Vogel**—UC Berkeley            2009 – 2010

**Visiting Research Fellow, Institute of Social Science—**University of Tokyo                2008 – 2009
**Inter-University Center for Japanese Language Studies—**Yokohama, Japan             Summer 2006
**Yonsei University, Korean Language Institute—**Summer Special Program                Summer 2005
**Editorial Intern at the Arms Control Association (ACA)—**Washington, DC             Summer 2002
**Public Affairs Intern, U.S. Embassy in Tokyo, Japan—**Tokyo American Center (TAC)   Summer 2001
**Princeton in Ishikawa, Japan—**Japanese Language Program                            Summer 2000


**FOREIGN LANGUAGES**

| | | |
|---|---|---|
| **Japanese**—advanced | **German, Swiss-German**—fluent | **Greek**—proficient |
| **Korean**—advanced | **French**—fluent | **Italian**—proficient |


**PROFESSIONAL AFFILIATIONS & OTHER ACTIVITIES**

**Editorial Board Member—***Asian Survey*                                           2019 – present
        *Social Science Japan Journal*                                              2020 – present

**Governing Board Member, Association of Korean Political Science**                 2019 – 2022

**Program Chair for APSA—**Association of Korean Political Science                   2019 – 2021

**Manuscript Reviewer—***World Politics*, *Comparative Political Studies*, *Law & Society Review*, *Journal of Asian Studies*, *International Relations of the Asia Pacific*, *Routledge*, *Pacific Affairs*, *PS: Political Science & Politics*, *Journal of Japanese Political Science*, *Korea Journal*, *Indiana Journal of Global Legal Studies*, *Law & Social Inquiry*, *Historia Scientarium*, *Korea Observer*.

**Comparative Politics Workshop, George Washington University—**co-organizer         2016-17, 2018-20

**Institute for Korean Studies, George Washington University—**core faculty          2016 – present

**Member—**American Political Science Association, Law & Society Association, Association for Asian Studies, International Studies Association

**Member—**Mansfield Foundation's U.S.-Japan Network for the Future (Cohort II) and Mansfield/ Korea Foundation/ CSIS U.S.-Korea Scholar-Policymaker Nexus (2013-15)

**Harvard Contemporary Japanese Politics Study Group—**member                        2010 – 2011

**Japanese Politics Study Group—**UC Berkeley                                        2004 – 2010

**Young Leaders' Program, Pacific Forum, CSIS**                                      2005 – 2007

**Royal Institute for International Affairs, Korea and Japan Discussion Groups**      2003 – 2004

Peter R. Conroy
Page 1 of 2

CURRICULUM VITAE



**Peter R. Conroy**
Federal Bureau of Investigation
Computer Analysis Response Team (CART)
26 Federal Plaza
New York, NY  10278
PHONE: 212-384-3099
FAX: 212-384-1334

## PROFESSIONAL EXPERIENCE

June 2004 - Present **FBI Special Agent/Computer Forensic Examiner**
(Inclusive) New York Field Office
Federal Bureau of Investigation
New York, NY

From September 2012 to the present, as a Special Agent Computer Forensic Examiner (SA/FE), responsible for conducting forensic examinations on computer evidence and performing the following activities: preserving digital evidence, executing search and seizure operations, assisting Agents with computer data review and preparing discovery media, and assessing digital evidence both during on-scene searches and in a laboratory environment.  Participated in numerous searches where CART assistance was requested and conducted liaison with other agency investigators and Task Force Officers (TFOs).

Between September 2004 to September 2014, as an FBI Special Agent, responsible for: Investigating suspected white-collar criminal violations of Federal law, performing investigative interviews and collecting evidence/information, serving Federal Grand Jury subpoenas to gather information, analyzing financial records, executing search and arrest warrants, conducting liaison with other law enforcement agencies, performing Grand Jury testimony, and documenting investigative findings for prosecution.

Previous Field Office Assignments: Los Angeles Field Office – Sept. 2004 to Sept. 2014

## EDUCATION

May 2005 **University of California - Irvine**
Irvine, CA
Master of Business Administration (MBA)

December 1997 **Rutgers University**
New Brunswick, NJ
Bachelor of Arts – English

**Peter R. Conroy**
**Page 2 of 2**

## PROFESSIONAL TRAINING & CERTIFICATIONS

| | |
|---|---|
| Sep 2004 | FBI Academy Completion |
| Oct 2012 | Access Data/CART Basic Tools |
| Nov 2012 | Access Data/CART Intermediate OS Artifacts |
| Dec 2012 | Access Data/CART Intermediate Web Artifacts |
| Dec 2012 | Access Data Certified Examiner (ACE) Test |
| Jan 2013 | CART Tech/Digital Extraction Technician Practicals |
| July 2013 | CompTIA A+ Certification |
| 2013 | SANS 301 Intro to Information Security |
| Apr 2014 | CART Practicals Completion |
| Sep 2015 | CART Moot Court Completion |
| Jun 2016 | SANS 408 GCFE (GIAC Computer Forensic Examiner) Certification |
| Feb 2017 | Linux Command Line Certification |
| July 2017 | Basic Mobile Devices Training |
| 2018 | Forensic Audio Video Examiner Training (Adobe Photoshop/Premier) |
| Feb 2019 | Black Bag Technologies Essential Forensic Techniques Level 1 |
| Jan 2021 | SANS 498 Battlefield Forensics & Data Acquisition |

CURRICULUM VITAE



**Christian M. Isolda**
Federal Bureau of Investigation
26 Federal Plaza
New York, NY 10278
Phone: 212-384-4885
E-mail: cisolda@fbi.gov

PROFESSIONAL EXPERIENCE

June 2019-Present    **Information Technology Specialist - Forensic Examiner**
Computer Analysis Response Team (CART)
New York Field Office
Federal Bureau of Investigation
New York, NY

Responsible for the collection, preservation, and analysis of digital media in a laboratory setting as well as on site during search and seizure operations. Extract and recover relevant information stored on devices and provide said extracted information in easily digestible forms useful to investigators and prosecutors while adhering to standard operating procedures. Create reports for investigators using data derived from digital evidence and assist them in interpreting the data in preparation for trial.  Provide operational and analytical support to investigators on various squads.

June 2017-May 2019    **Honors Intern**
New York Field Office
Federal Bureau of Investigation
New York, NY

Assisted Computer Analysis Response Team (CART) with forensic imaging and processing of digital evidence. Extracted and prepared relevant data into reports for investigators. Accompanied CART personnel on searches involving on-site imaging and/or seizing digital evidence.

Jan 2017-Jan 2018    **Networking TA & Lab Assistant**
Computer Science & Information Technology Department
Marist College
Poughkeepsie, NY

Worked as a teaching assistant for an Internetworking course where students gained experience configuring and troubleshooting network configurations. Hosted open lab hours to develop students' skills and knowledge, constructed custom network topologies for students based on their individual needs, and configured new server labs for the purpose of the course.

EDUCATION

Aug 2015 – May 2019    **Marist College**
Poughkeepsie, NY
Bachelor of Science in Computer Science

PROFESSIONAL TRAINING

| | |
|---|---|
| Apr 2021 | In-System Programming for Mobile Devices *(32 hours)* |
| Apr 2021 | Advanced BGA Chip-Off 2.0 Forensics (32 hours) |
| Mar 2021 | FBI CART Case Management and Analysis Training, *Quantico, VA (32 hours)* |
| Feb 2021 | FBI CART Digital Forensic Field Operations Training, *Quantico, VA (24 hours)* |
| Feb 2021 | FBI CART Introduction to macOS Forensics, *Quantico, VA (8 hours)* |
| Aug 2020 | FBI CART Mobile Device Forensics Training, *Stafford, VA (40 hours)* |
| Aug 2020 | FBI CART SQLite Forensics Training, *Stafford, VA (40 hours)* |
| Aug 2020 | FBI CART Intro to Mobile Devices, *New York, NY (8 hours)* |
| Dec 2020 | FBI CART DFE File Systems Fundamentals, *New York, NY (80 hours)* |
| Oct 2019 | FBI CART Digital Extraction Technician (DExT)/Tech, *Stafford, VA (80 hours)* |

CERTIFICATIONS & AWARDS

| | |
|---|---|
| Apr 2021 | TeelTechnologies Certified Chip-Off Forensic |
| Apr 2021 | TeelTechnologies Certified In-System Programming Mobile Device Forensic |
| Mar 2021 | FBI CART Mac Imaging Authorization |
| Sep 2020 | FBI CART Mobile Device Authorization |
| Nov 2019 | FBI CART DEL Tech Certification |
| Oct 2019 | FBI CART TECH Certification |

Nicole C. Kwasnaza
Page 1 of 2

CURRICULUM VITAE



**Nicole C. Kwasnaza**
Federal Bureau of Investigation
26 Federal Plaza
New York, NY 10278
Phone: 212-384-3107
E-mail: nckwasnaza@fbi.gov

PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Sept 2018-Present | **Information Technology Specialist/Forensic Examiner**<br>New York Field Office<br>Federal Bureau of Investigation<br>New York, New York<br><br>Responsible for inventory, examination, preservation, and technical analysis of digital media in a laboratory setting, as well as on site during search and seizure operations. Extract and recover relevant information stored on digital devices in forms useful to investigators and prosecutors, while adhering to quality assurance and standard operating procedures. Create reports for investigators using data derived from digital evidence, and assist them in interpreting the data in preparation for trial.  Provide operational and analytical support to investigators on various squads. |
| June 2017-Sept 2018 | **FBI Honors Intern**<br>New York Field Office<br>Federal Bureau of Investigation<br>New York, New York<br><br>Assisted Computer Analysis Response Team (CART) with forensic imaging and processing of digital evidence.  Assisted CART personnel with extracting and preparing relevant data into reports for investigators.  Accompanied CART personnel on searches involving imaging and/or seizing digital evidence. |
| Dec 2016-Sept 2018 | **Senior Technician**<br>Information Technology Services Help Desk<br>Fairfield University<br>Fairfield, CT<br><br>Responsible for troubleshooting, diagnosing, and resolving software, hardware, and network requests received via walk in, phone, online chat, or email. Answered technical support Help Desk phones, investigated technical issues, and provided training to students, staff, and faculty. Promoted from Technician-in-Training to Technician to Senior Technician in eleven months. |

EDUCATION

| | |
|---|---|
| Sept 2018 – May 2019 | **Fairfield University, School of Engineering**<br>Fairfield, CT<br>Masters of Science in Electrical & Computer Engineering |
| Sept 2014 – May 2018 | **Fairfield University, School of Engineering**<br>Fairfield, CT<br>Bachelors of Science in Computer Engineering; Minors in Mathematics and Physics |

PROFESSIONAL TRAINING

| | |
|---|---|
| April 2021 | Teel Technologies ISP/Chip Off 2.0 Forensics Training, *Norwalk, CT (64 hours)* |

Nicole C. Kwasnaza
Page 2 of 2

| | |
|---|---|
| February 2021 | SANS FOR500 – Windows Forensic Analysis, *Online (self-paced)* |
| August 2020 | FBI – CART Moot Court, *Williamsburg, VA (24 hours)* |
| April 2020 | Basis Technology – Autopsy 8-hour Online Training, *Online (8 hours)* |
| March 2020 | FBI – CART Digital Forensic Investigations, *Kansas City, MO (24 hours)* |
| March 2020 | FBI – Presentation Skills Course, *Kansas City, MO (24 hours)* |
| February 2020 | FBI – Forensic Fundamentals, *Kansas City, MO (32 hours)* |
| July-August 2019 | FBI – Cyber Boot Camp, *Stafford, VA (24 hours)* |
| July 2019 | FBI – CART SQLite Forensics, *Stafford, VA (16 hours)* |
| July 2019 | FBI – CART Mobile Device Forensics, *Stafford, VA (40 hours)* |
| July 2019 | FBI – CART Intermediate – Web Artifacts, *Stafford, VA (24 hours)* |
| July 2019 | FBI – CART Intermediate – OS Artifacts, *Stafford, VA (24 hours)* |
| July 2019 | FBI – CART Intermediate – Basic Tools, *Stafford, VA (24 hours)* |
| June 2019 | FBI – CART Introduction to Mobile Devices *(self-paced)* |
| June 2019 | FBI – Basic Networking for Investigators, V2 *(self-paced)* |
| June 2019 | BlackBag Essential Forensic Techniques I, *Stafford, VA (40 hours)* |
| June 2019 | FBI – CART Linux Command Line, *Stafford, VA (40 hours)* |
| May 2019 | FBI – CART Introduction to Macintosh Systems (self-paced) |
| May 2019 | Edx – Introduction to Linux (edx.org) (self-paced) |
| March 2019 | FBI – CART Digital Extraction Technician (DExT)/Tech Practicals, *Stafford, VA (80 Hours)* |
| January 2019 | FBI – CART File Systems Fundamentals, *Online (10 Hours)* |
| August 2018 | FBI – Imaging and Video Recovery Team (DIVRT) Training, *New York, NY (24 Hours)* |

## CERTIFICATIONS & AUTHORIZATIONS

| | |
|---|---|
| May 2021 | GIAC Certified Forensic Examiner (GCFE) |
| April 2021 | Teel Tech Chip-Off Forensics Certification (TCFC) |
| September 2020 | FBI CART – Basic Wintel (FE) Certification |
| July 2019 | FBI CART – Windows Authorization |
| July 2019 | FBI CART – Mobile Device Authorization |
| June 2019 | FBI CART – MacOS Authorization |
| March 2019 | FBI CART – DEL-Tech Certification |
| March 2019 | FBI CART – CART Tech Certification |
| March 2019 | Computing Technology Industry Association (CompTIA) – A+ Certification |

**Ramiro E. Mendez**
**Page 1 of 3**

CURRICULUM VITAE



*Ramiro E. Mendez*

Federal Bureau of Investigation
Computer Analysis Response Team
26 Federal Plaza
New York, NY 10278
PHONE: 646-341-0567

PROFESSIONAL EXPERIENCE

June 2009- present **Computer Forensic Examiner**
New York Field Office
Federal Bureau of Investigation
New York, New York

As a forensic computer examiner in a laboratory, examine physical evidence under a documented quality assurance program that includes annual proficiency testing, technical/peer and administrative reviews and adherence to standard operating procedures.

Conduct forensic examinations on digital evidence and perform search and seizure operations implementing a variety of digital forensic tools.

Sept 2008– June 2009 **Computer Forensics Consultant**
Capsicum Group LLC.
2929 Arch Street, Suite 1525
Philadelphia, PA 19104

Lead examiner for New York Region. Duties included delivery of computer forensic services, e-discovery, data recovery, security, privacy, compliance, litigation services, and expert testimony services.

Jan 2002 – Aug 2008 **Computer Forensic Examiner**
New York County District Attorney's Office, Computer Crimes Unit
One Hogan Place, New York, NY 10013

- Testified as New York State Court appointed computer forensic expert witness in numerous investigation types including labor racketeering, child abuse & pornography, street crimes amongst others.
- Forensic Acquisition of digital evidence from various storage devices including desktop computers, servers, various media types, cameras, cell phones, amongst others using forensic tools such as Talon, Encase, FTK Imager, FTK,  I-Look and others.
- Forensic Examination of Windows, Macintosh OS based digital evidence using Encase and FTK-Lab, PRTK, On-track Data Recovery.
- Experienced in forensic acquisition and analysis of servers running RAID 0, 1, 5 configuration .
- Conducted live local area network (LAN) based forensic acquisitions of digital evidence using Helix.

**Ramiro E. Mendez**
**Page 2 of 3**

- Investigated and Analyzed email, Instant Message (IM), and other Internet-based evidence.
- Analyzed CDMA, GSM, IDEN cellular devices, along with Blackberry and Palm handheld devices using Paraben Device Seizure, Data Pilot Secure View for Forensics, Motorola IDEN Handset Manager, Project-A-Phone amongst others.
- Experienced in forensic acquisition and analysis of digital video recording surveillance systems (DVRs).
- Executed 80+ search warrants with NYPD, DA Detective Squad, and  P.A.P.D.

- Assist in crime scene processing including:
  - Interviewing individuals
  - Scene and evidence photography
  - Situation Management and Control
  - Chain of Custody Documentation
  - Documenting Personnel Arrival and Departure
- Case Intake and Management including evidence arrival and return, chain of custody, evidence photography, data archival and backup
- Managed lab workstations and assist in the forensic hardware/software inventory management
- Provided guidance and advice to junior staff members of forensic unit

## EDUCATION

Sept 1996 – Jan 2001    **New Jersey City State University**
Jersey City, NJ
Bachelor of Science in Criminal Justice

## FORENSIC EXAMINATION / TESTIMONY EXPERIENCE

Analyzed over 300 pieces of computer media in support of over 100 cases since 2002.  Participated in the execution of over 80 search warrants/search and seizure operations, and field examinations.  Examinations have supported testimony in Southern District of NY and Eastern District of NY.

| | | |
|---|---|---|
| Sept 2004 | *State of New York vs. Alex Figliola* | (Rackets Case Involving a 2004 MTA Scandal) |
| Mar 2004 | *State of New York vs. Jovan Fludd* | (Identity Theft case involving over 50 victims) |
| Mar2006 | *State of New York vs. Ronald Martin* | (Stalking Case News Anchor Monica Crowley) |
| Feb 2007 | *State of New York vs. Curtis Hinds* | (Identity Theft involving 4 Defendants) |
| Aug 2007 | *State of New York vs. Marlon Rodriguez* | (Promotion of Prostitution) |
| Oct 2007 | *State of New York vs. B. Carmichael* | (Special Narcotics, Dist of a Cont Substance) |
| May 2007 | *State of New York vs. Saeed Ahmed* | (Money Laundering & Prom of Prostitution) |
| Mar 2008 | *State of New York vs. Tirribio & Melendez* | (Special Narcotics) |

## PROFESSIONAL TRAINING

| | | |
|---|---|---|
| May 2018 | SANS | -Advanced Mobile Forensics |
| May 2013 | FBI CART | -Cell Phone & GPS Forensics |
| Nov 2012 | FBI CART | -Digital camera Forensics |
| Jan 2012 | FBI CART | -Net Plus |
| Sept 2012 | FBI CART | -Moot Court |

**Ramiro E. Mendez**
**Page 3 of 3**

| | | |
|---|---|---|
| Oct 2010 | FBI CART | -CART Practicals |
| Feb 2010 | FBI CART | -Access Data Windows Forensics |
| Dec 2009 | FBI CART | -Access Data Internet Forensics |
| Nov 2009 | FBI CART | -Access Data  FTK Boot Camp |
| Sept 2009 | FBI CART | -CART 101 Imaging Competency |
| Aug 2009 | FBI CART | -A+ Certification Training |
| Sept 2007 | NW3C | - Cyber-cop 201 -Data Recovery & Analysis |
| Sept 2007 | NW3C | - I –Look |
| May 2007 | Mobile Forensics Inc. | - Documenting Cellular Acquisitions |
| Jan 2006 | LE Innovation Center | - Cyber Crime Investigation |
| Dec 2006 |  Guidance Software | - En Case Analysis & Reporting |
| Dec 2004 | Access Data | - Advanced Windows Forensics |
| Nov 2004 | Access Data | - Boot Camp |
| Feb  2004 | NW3C | - ADRA-  AFT (Automated Forensic Tools) |
| May 2003 | NW3C | - ADRA- I-NET |
| Sept 2002 | FBI |  - CART- I-LOOK |
| Apr 2002 | NW3C | - BDRA (Basic Data Recovery & Analysis |
| Jan 2002 | NE-Counter Drug Training Center |  -Computer Search & Seizure |

PROFESSIONAL AFFILIATIONS

- High Technology Crime Investigation Association (HTCIA) – Member since- 2005
- International Association of Computer Investigative Specialists (IACIS) Member since -2007

CERTIFICATIONS & AWARDS

March 2010            A+ Certification – Comp-TIA

PRESENTATIONS GIVEN

| | | |
|---|---|---|
| April 2011 | Digital Evidence Collection | DOD  Crime Scene Investigation School |
| March 2014 | Digital Evidence Collection | DOD  Crime Scene Investigation School |

CURRICULUM VITAE

## Victoria R. Tenpenny

Federal Bureau of Investigation Engineering
Research Facility-Extension Building
#2795A / CART
Quantico, VA 22135
Phone: 703-985-6280
E-mail: Vtenpenny@fbi.gov



PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Oct 2020- Present | **Information Technology Specialist/Forensic Examiner**<br>Digital Forensic Analysis Unit (DFAU)- Computer Analysis Response Team (CART)<br>Operational Technology Division<br>Federal Bureau of Investigation<br>Quantico, Virginia<br><br>Examine physical digital evidence under a documented quality assurance program, in an ANAB/ISO certified laboratory that includes annual proficiency testing, technical/peer and administrative reviews and adherence to standard operating procedures. Responsible for advanced mobile device examination in support of all FBI Field Offices, as well as state law enforcement. Produces reports and exhibits for investigators and attorneys using data derived from digital evidence and assist them in interpreting the data in preparation for trial. Deploys to surrounding and out of state FBI locations including Field Offices, and Resident Agencies to establish new computer forensic laboratories, assist in digital forensic examinations, and reduce office case backlog. |
| Feb 2017-Oct 2020 | **Information Technology Specialist/Forensic Examiner**<br>Computer Analysis Response Team (CART)<br>New York Field Office<br>Federal Bureau of Investigation<br>New York, New York<br><br>Responsible for inventory, examination preservation, and technical analysis of digital media, in a laboratory setting as well as on site during search and seizure operations. Extracts and recovers relevant information stored on the devices in forms useful to investigators and prosecutors, while adhering to standard operating procedures. Creates reports for investigators using data derived from digital evidence, and assist them in interpreting the data in preparation for trial.  Provides operational and analytical support to investigators on various squads. |
| June 2016-Jan 2017 | **CART Honors Intern**<br>New York Field Office<br>Federal Bureau of Investigation<br>New York, New York<br><br>Assisted CART with forensic imaging and processing of digital evidence.  Assisted CART personnel with extracting and preparing relevant data into reports for investigators. Accompanied CART personnel on searches involving imaging and/or seizing digital evidence. |

EDUCATION

| | |
|---|---|
| Jan 2015 – Jan 2017 | **St John's University, College of Professional Studies**<br>Queens, NY<br>Bachelors of Science in Cyber Security; Minor in Digital Forensics |
| Aug 2012 – Dec 2014 | **Naugatuck Valley Community College**<br>Waterbury, CT<br>Associates in General Studies |

PROFESSIONAL TRAINING

| | |
|---|---|
| May 2021 | SANS 518: Mac and iOS Forensic Analysis and Incident Response *(48 Hours)* |
| February 2021 | FBI SQLite Forensics *(40 Hours)* |
| February 2021 | FBI Basic Instructor Course, *Stafford, VA (40 Hours)* |
| May 2020 | SANS 585: Smartphone Forensic Analysis In-Depth *(48 Hours)* |
| April 2020 | Magnet Forensics AXIOM Interactive Training *(4 Hours)* |
| December 2019 | FBI Windows Malware Artifacts- Incident Response Training, *Quantico, VA (24 Hours)* |
| March 2019 | SANS 508: Advanced Incident Response, Threat Hunting, and Digital Forensics, *San Francisco, CA (48 Hours)* |
| March 2018 | CART Digital Forensic Examiner Capstone, *Stafford, VA (40 Hours)* |
| February 2018 | Cyber Division Bootcamp, *Linthicum, MD (24 Hours)* |
| October 2017 | Basic Networking for Investigators V2 |
| July 2017 | BlackBag Essential Forensic Techniques I, *Albuquerque, NM (40 Hours)* July |
| 2017 | FBI CART Linux Command Line, *Albuquerque, NM (40 Hours)* |
| July 2017 | SANS 408: Windows Forensic Analysis, *Stafford, VA (48 Hours)* |
| July 2017 | FBI CART Basic Mobile Devices, *Stafford, VA (40 Hours)* |
| June 2017 | FBI CART File Systems Basic, *Stafford, VA (40 Hours)* |
| June 2017 | FBI CART Intermediate OS & Web Artifacts, *Stafford, VA (48 Hours)* |
| May 2017 | FBI CART Digital Extraction Technician (DExT)/Tech Practicals, *Stafford, VA (80 Hours)* |
| March 2017 | Criminal Investigative Division's Digital Imaging and Video Recovery Team (DIVRT) Training class, *New York, NY (32 Hours)* |
| October 2016 | FBI CART Introduction to Macintosh Systems |
| October 2016 | FBI CART Introduction to Mobile Devices |

CERTIFICATIONS & AWARDS

| | |
|---|---|
| August 2020 | Global Information Assurance Certification (GIAC) Advanced Smartphone Forensics (GASF) |
| June 2019 | Global Information Assurance Certification (GIAC) Certified Forensic Analyst (GCFA) June |
| 2018 | FBI Certified Forensic Examiner |
| September 2017 | Global Information Assurance Certification (GIAC) Certified Forensic Examiner (GCFE) August |
| 2017 | FBI CART Macintosh Certification |
| July 2017 | FBI CART Mobile Device Certification |
| July 2017 | FBI CART Linux Command Line Certification |
| June 2017 | AccessData Certified Examiner (ACE) |
| May 2017 | FBI DExT Trained Authorization |
| May 2017 | FBI CART Tech Certification |
| April 2017 | A+ Certification – CompTIA |