UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                     :

UNITED STATES OF AMERICA,             :

        -v.-                                :          20-cr-15 (PKC)

VIRGIL GRIFFITH,                         :          ORDER

        Defendant.             :
------------------------------------------------------------------X

CASTEL, U.S.D.J.

        The final pretrial conference in this matter is scheduled for September 14, 2021 at 4:30 p.m. in Courtroom 11D.

        SO ORDERED.

                                                          P. Kevin Castel
                                              United States District Judge

Dated:  September 13, 2021
         New York, New York