UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                     :
:
-v.-                             :       20-cr-15 (PKC)
:
VIRGIL GRIFFITH,                              :       ORDER
:
Defendant.           :
------------------------------------------------------------------------X

CASTEL, U.S.D.J.

      Defense counsel seeks a conference with the Court. Because of pandemic conditions, it is not feasible for the defendant to participate in person or by telephone from the MCC. If, but only if, Mr. Griffith elects to waive his appearance, the Court will hold a conference in Courtroom 11D, 500 Pearl Street, New York, New York, at 3:00 p.m. today.

      SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: September 23, 2021
       New York, New York