

**Waymaker LLP**
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
T 424.652.7800

Author's Direct Dial No.
**(424) 652-7814**

Author's Email Address
**bklein@waymakerlaw.com**

**BY EMAIL**

September 23, 2021

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Virgil Griffith*
      20 Cr. 15 (PKC)

Dear Judge Castel:

We write to respectfully request that our client Virgil Griffith, who is in custody, be permitted to wear civilian clothes during his trial in the above-referenced case. Specifically, we respectfully request that the Court order the U.S. Marshals Service to give Mr. Griffith access to and permit him to wear the following items during the course of his trial:

- Two suits (jackets and pants);
- Two collared dress shirts;
- Two pairs of dress shoes;
- Two pairs of socks;
- Two pairs of underwear;
- Two neckties; and
- One belt.

The above clothing permits him to wear a different outfit on different days. We will provide the U.S. Marshals Service with the clothing in advance of trial.

//

//

//

*[Handwritten annotation: Application GRANTED. Defense counsel should coordinate with the USMS. SO ORDERED. /s/ P. Kevin Castel, USDJ 9-23-21]*



As always, the undersigned are available to answer any questions the Court may have.

Respectfully yours,

Brian E. Klein
Keri Curtis Axel
Waymaker LLP

-and-

Sean S. Buckley
Kobre & Kim LLP

*Attorneys for Virgil Griffith*