Timestamp: 7/27/2018 12:57:09 AM(UTC-7)
Source App: WhatsApp
Body:
got it
------------------------------
From: ███████@s.whatsapp.net Virgil Griffith (owner)
Timestamp: 7/31/2018 3:30:05 AM(UTC-7)
Source App: WhatsApp
Body:
any update on the True Names accountants?
------------------------------
███████@s.whatsapp.net Tju Liang
Timestamp: 7/31/2018 4:28:39 PM(UTC-7)
Source App: WhatsApp
Body:
Spoke to Stephanie but haven't heard back. Will follow up
------------------------------
From: ███████@s.whatsapp.net Virgil Griffith (owner)
Timestamp: 7/31/2018 10:12:49 PM(UTC-7)
Source App: WhatsApp
Body:
👍
------------------------------
From: ███████@s.whatsapp.net Virgil Griffith (owner)
Timestamp: 8/7/2018 9:40:16 AM(UTC-7)
Source App: WhatsApp
Body:
I've recently gotten an offer from North Korea to setup an Ethereum node there.
Know anything about sanctions law?
------------------------------
███████@s.whatsapp.net Tju Liang
Timestamp: 8/7/2018 7:22:54 PM(UTC-7)
Source App: WhatsApp
Body:
Yes, a bit. Let me know when convenient to chat?
------------------------------
From: ███████@s.whatsapp.net Virgil Griffith (owner)
Timestamp: 8/7/2018 8:28:36 PM(UTC-7)
Source App: WhatsApp
Body:
I'll send you what I got
------------------------------
From: ███████@s.whatsapp.net Virgil Griffith (owner)
Timestamp: 8/7/2018 8:31:55 PM(UTC-7)
Source App: WhatsApp
Body:
In your mailbox.  I want a node in North Korea.
------------------------------
System Message System Message
Timestamp: 8/8/2018 1:47:42 AM(UTC-7)

Source App: WhatsApp
Body:
Missed Voice Call
------------------------------
████████ @s.whatsapp.net Tju Liang
Timestamp: 8/8/2018 3:26:01 AM(UTC-7)
Source App: WhatsApp
Body:
Let's talk when you can.
------------------------------
From: ████████ @s.whatsapp.net Virgil Griffith (owner)
Timestamp: 8/8/2018 3:26:23 AM(UTC-7)
Source App: WhatsApp
Body:
I can chat now
------------------------------
From: ████████ @s.whatsapp.net Virgil Griffith (owner)
Timestamp: 8/30/2018 7:55:00 PM(UTC-7)
Source App: WhatsApp
Body:
Albert and I are looking at the benefits package for EAPL people.  I'm considering
just giving them CPF and then that's it.  What do you think?
------------------------------
████████ @s.whatsapp.net Tju Liang
Timestamp: 8/30/2018 8:44:27 PM(UTC-7)
Source App: WhatsApp
Body:
Can we discuss this when I'm back? Just left for a week's vacation with the family.
It's a non-trivial issue. Offhand, CPF is not necessarily a benefit - it means your
take home pay goes down by 20%. Also, these people are then deemed employees rather
than  Contractors. Third, we would need to figure out how to "equalise" people
getting CPF and those who didn't. As one of the people sorting that out in my
international law firm previously, I can tell you that's a big minefield.
------------------------------
████████ @s.whatsapp.net Tju Liang
Timestamp: 8/30/2018 8:44:55 PM(UTC-7)
Source App: WhatsApp
Body:
Worth thinking about our benefits policy globally but needs careful thinking. Since
it's not urgent, later?
------------------------------
████████ @s.whatsapp.net Tju Liang
Timestamp: 8/30/2018 8:45:53 PM(UTC-7)
Source App: WhatsApp
Body:
Going to be off grid so make take a while to respond.
------------------------------
From: ████████ @s.whatsapp.net Virgil Griffith (owner)
Timestamp: 8/30/2018 9:10:31 PM(UTC-7)
Source App: WhatsApp