**From:** Tju Liang Chua
**To:** Virgil Griffith
**Subject:** RE: Re: Progress
**Date:** Sunday, August 12, 2018 10:57:07 PM

Hi Virgil,

As discussed, I don't think this is really doable for you given your status as a US citizen and sanctions laws.

Best regards,
Tju Liang

Cell: +▇▇▇▇▇▇▇▇▇▇

---

**From:** Virgil Griffith [mailto:▇▇▇▇▇▇]
**Sent:** Wednesday, August 8, 2018 11:32 AM
**To:** Tju Liang Chua
**Subject:** Fwd: Re: Progress

I've been exploring getting a node in North Korea.

After about 3 months, this is the answer I have back.

I *really* want to do this. But Vitalik has basically given a ☐ unless the sanctions can be avoided.

I was imagining shaping it as a charitable work. I presume charities are allowed to give things to DPRK without issue.

-V


---------- Forwarded message ----------
From: Virgil Griffith ▇▇▇▇▇▇
Date: Wednesday, August 8 2018 at 00:03 SGT
Subject: Re: Progress
To: Adrian Koryo ▇▇▇▇▇▇▇▇>


We can put forth a number first. Any suggestions on how to deal with sanctions related issues? I have my regular lawyer in SG. Do you have one you suggest for this sort of thing?


On Tue, Aug 7 2018 at 19:34, Adrian Koryo ▇▇▇▇▇▇▇▇▇▇▇> wrote:
Yeah. Sadly the Koreans will just put requests in like that to make it worth their while. So you will have to pay for those three people. But I have no idea how much they will charge you for that. They won't give prices until they see your proposal. To be blunt: they will probably try and get you guys to blink first on putting a number out there. But I am not sure

At this stage you need to put a document together based on the notes I sent you from the last meeting and then we take that document/formal written proposal to them, and see where it goes next

They won't do anything now without a written proposal. It's just how they roll

Let me know when you can get something over. Thanks!

On 7 Aug 2018, at 15:08, Virgil Griffith <███████████████> wrote:

Definitely still interested.

Running a node isn't that hard.  It's mostly just a set it up once and then check on it every 2-3 days.

Is there a minimum of hiring 3 people?
If so, we'll try to find additional things for them to do.  Maybe running a Korean language wiki.  Or maybe have them work at setting up a crypto exchange in DPRK---that might be too adventurous.

Any idea what it costs to pay the staff and the real estate?  I suspect we can afford it, but an estimate/upperbound will be helpful when asking people if they want to help cover the costs.

Thank you!!!!!
-V



On Tue, Aug 7 2018 at 11:17, Adrian Koryo <███████████████████████> wrote:
Hi Virgil.

Adrian from Koryo here. It's been many months, and many meetings, but we finally have news of progress for you.

Assuming you are still interested in this project?

I haven't been sending you emails after every meeting as often in North Korea you have to have a meeting just to get to the next meeting. If that makes any sense.

Anyhow: we're now at the stage where we are in talks with Koreans at the internet company in Pyongyang who will be able to get this node online for you.

Here's the latest for you:

*ETH/you/someone would have to register as a Joint Venture, which means paying rent
*This would allow you to do other business in-country

*They request you pay for three technical staff (3 x 8 hour shifts) to monitor the computer
*The Korean side would need a proposal on the technical aspects and scope of the project, length.

--> Essentially they need to see if it is in their interest and is the work/risk in their benefit.

Are you able to send a proposal that we can print out and take to next meeting in Pyongyang?

With thanks.


On 30 Apr 2018, at 21:32, Virgil Griffith <███████> wrote:

Or is that yet undetermined?

I ask because I recently got a ping about using the current political momentum in getting those online.

-V