UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA             :

          Plaintiff,             :
    v.                                                          20 Cr. 015 (PKC)
                                            :
VIRGIL GRIFFITH,                                         [Proposed] Order re Coinbase
                                            :
          Defendant.
----------------------------------------------------------

       Upon the application of defendant Virgil Griffith and finding good cause therefor, this Court **ORDERS** that there is nothing in the above-captioned case that prohibits the transfer of any and all cryptocurrency maintained by Coinbase in any account (or accounts) in the name of Virgil Griffith (date of birth March 6, 1983 and user ID numbers 582b97ccd7afb1018834f232 and 52fbe721d358f6dda000010a) to the attorney trust account of defendant's counsel of record, Waymaker LLP, pursuant to wiring instructions that Waymaker LLP shall provide to Coinbase.

Dated: New York, New York
       9-27, 2021

SO ORDERED

_____
HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE