

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 28, 2021

**By ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
New York, New York 10007

      **Re:**   **United States v. Griffith, 20 Cr. 15 (PKC)**

Dear Judge Castel:

      Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

      Thank you very much for the Court's consideration.

            Respectfully submitted,

            AUDREY STRAUSS
            United States Attorney

by:   _____
            Michael Kim Krouse
            Assistant United States Attorney
            (212) 637-2279

cc:    Counsel of Record (by ECF)