

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 28, 2021

**By ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
New York, New York 10007

Application GRANTED.
SO ORDERED.
Dated: 09/29/2021

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Re:   **United States v. Griffith**, 20 Cr. 15 (PKC)

Dear Judge Castel:

Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

Thank you very much for the Court's consideration.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Michael Kim Krouse
Assistant United States Attorney
(212) 637-2279

cc:   Counsel of Record (by ECF)