UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA                    :

            Plaintiff,                    :

       v.                                                    20 Cr. 15 (PKC)

                             :

VIRGIL GRIFFITH,

                             :

            Defendant.
---------------------------------------------------------x

## DEFENDANT VIRGIL GRIFFITH'S MOTION FOR EXONERATION OF BOND

Defendant Virgil Griffith, by and through his undersigned attorneys, files this Motion for Exoneration of Bond, and as grounds states the following:

1. On or about January 9, 2020, Mr. Griffith was released on a $1 million personal recognizance bond secured by: (a) the residence of Mr. Griffith's parents, Drs. Robert and Susan Griffith, and (b) the residence of Mr. Griffith's sister, Joy Lewis.

2. The personal recognizance bond was cosigned by Drs. Robert and Susan Griffith and Ms. Lewis (ECF No. 15 at 3-4).

3. On or about July 20, 2021, Mr. Griffith was remanded into custody pending trial.

4. On or about September 27, 2021, Mr. Griffith pled guilty to Count One of the Indictment and remained in federal custody.

5. Now that Mr. Griffith has been remanded and will remain in custody through sentencing, exoneration of his bond is appropriate under Federal Rule of Criminal Procedure 46.

6. Accordingly, Mr. Griffith, by and through undersigned counsel, respectfully moves for exoneration of the secured personal recognizance bond entered on his behalf.

7. The government consents to this motion.

Dated:  October 25, 2021

Respectfully Submitted,

*/s/* Sean S. Buckley
Sean S. Buckley
Amanda N. Tuminelli
Kobre & Kim LLP

-and-

Brian E. Klein
Keri Curtis Axel
Waymaker LLP

*Attorneys for Virgil Griffith*