# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

**BY ECF**

November 24, 2021

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Virgil Griffith,*
**20 Cr. 15 (PKC)**

Dear Judge Castel:

    We write respectfully to request that the sentencing hearing in the above matter be adjourned from January 18, 2022, until 10:30 a.m. on February 2, 2022. We have conferred with counsel for the Government, who consents to this request. This is the first request for an adjournment.

    As always, the undersigned are available to answer any questions the Court may have.

Respectfully yours,

/s/ *Sean S. Buckley*
Sean S. Buckley
Amanda Tuminelli
Kobre & Kim LLP

-and-

Brian E. Klein
Keri Curtis Axel
Waymaker LLP

*Attorneys for Virgil Griffith*

Americas (New York, Buenos Aires, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
Asia-Pacific (Hong Kong, Seoul, Shanghai), EMEA (Dubai, London, Tel Aviv), Offshore (BVI, Cayman Islands)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.