# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

November 29, 2021

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Virgil Griffith*, 20 Cr. 15 (PKC)

Dear Judge Castel:

OK   We write respectfully to request that the deadline for the parties to submit written objections and/or modifications to the draft Presentence Investigation Report be adjourned from December 3, 2021, to December 15, 2021. As the Court is aware, Mr. Griffith's sentencing hearing was adjourned to February 2, 2022, and we have no reason to believe that this requested continuance will affect the sentencing date. We have conferred with counsel for the Government and the Probation Office, who have no objection to this request.

OK   If the Court is inclined to grant the requested adjournment, we further request that the Court order that the disclosure date for the Probation Office similarly be modified from December 17, 2021 to December 29, 2021. This is the first request for an adjournment of these deadlines.

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

AMERICAS (NEW YORK, BUENOS AIRES, CHICAGO, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
ASIA-PACIFIC (HONG KONG, SEOUL, SHANGHAI), EMEA (DUBAI, LONDON, TEL AVIV), OFFSHORE (BVI, CAYMAN ISLANDS)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.

Hon. P. Kevin Castel, U.S.D.J.
November 29, 2021
Page 2

As always, the undersigned are available to answer any questions the Court may have.

Respectfully yours,

/s/ *Sean S. Buckley*
Sean S. Buckley
Amanda Tuminelli
Kobre & Kim LLP

-and-

Brian E. Klein
Keri Curtis Axel
Waymaker LLP

*Attorneys for Virgil Griffith*

cc:   AUSA Kimberly Ravener
      AUSA Kyle Wirshba
      Probation Officer Simone Belgrave