# EXHIBIT A

Case 1:20-cr-00015-PKC   Document 191-1   Filed 03/04/22   Page 2 of 5

Honorable P. Kevin Castel
United States District Court
For the Southern District of New York

United States v. Virgil Griffith
20-CR-15 (PKC)

Dear Judge Castel,

I am Virgil Griffith's mother. Thank you for this opportunity to express my thoughts about this episode in my son's life.  When Virgil first mentioned the idea of going to North Korea, I strongly tried to discourage him, as I was of course worried about his safety, as well as possible repercussions if he went without official permission.  However he could not be dissuaded. After he was arrested and released to home detention, we had many opportunities to talk about his decision. He realizes it was a foolish and unnecessary risk to take. I have been pleased to see his attitude change, and he has expressed a desire to lead a more quiet life.  I was also pleased to see him extend himself to other people that he met while in detention, especially those who were going through trials of their own. He helped us work with the children at church, taking special notice of those who were "different ". He befriended a young homeless man he met and helped him sign up for the GED , helped him negotiate the maze of benevolent services, and gave him several loans. Everywhere he went, he would come back with the personal histories of the service people he encountered. He helped me care for my aged mother, who died at my home while he was with us. He has become a genuinely kind and generous person. I hope that you will see that he is remorseful for his actions, and consider a lenient sentence.

Sincerely,
Susan Griffith

Honorable P. Kevin Castel United States District Court for
the Southern District of New York

Re: United States v. Virgil Griffith 20-CR-15 (PKC)

Dear Judge Castel,

I am Virgil's father. I am also a Dermatologist practicing in Tuscaloosa, Alabama for 32 years. On a civic level, I am currently an inactive elder of Grace Church Tuscaloosa, https://www.gracechurchtuscaloosa.com/, and recently promoted to Chairman of the Board for Elevate USA, a national non-profit that builds life-changing mentoring relationships with over 10,000 urban youth, https://elevatetheusa.org/. For FY 2021, The US Dept of Justice awarded Elevate a $1.7 million Mentoring grant to expand its redemptive work in 100 schools across 14 cities in America, https://ojjdp.ojp.gov/funding/awards/list.

Virgil is the most remorseful that I have ever seen. He knows that he has failed so many, including his industry, his friends, and his family, with his poorly conceived actions. Since this case began, he has changed dramatically for the better. I know he will never do anything like what he's done here again.

During the 18 months of home detention at our house, Virgil spent time with various homeless individuals and assisted teaching the fourth grade class at church on Wednesday night. He sought to assist various people with his counsel, judicious asset injection and friendship. He has an empathic heart for many unfortunate individuals, who have not had the educational opportunities that he has been able to pursue, by assisting them to obtain their GED and vocational opportunity. While on home detention, his active mind also continued to expand his foreign language skills and he read extensively. I am confident that this episode in his life has produced a man who more fully appreciates his need for community and outside influence to discover the wisest path forward. The fear of the Lord is the beginning of wisdom in my world view. Virgil has also been reading soul searching books during his imprisonment and engaging me in deep discussions. I believe that he is much softer to a spiritual reality and that will be one of the many things that help him going forward.

I hope and pray that the Court gives him the most lenient sentence that the Court finds appropriate.

Sincerely,

Robert Griffith



**SING LOUD • JUMP HIGH • DREAM BIG!**

November 10, 2021

Honorable P. Kevin Castel
United States District Court
for the Southern District of New York

United States v. Virgil Griffith
20-CR-15 (PKC)

Dear Judge Castel:

My name is Roger Day. I am a professional Family & Children's musician from Nashville, Tennessee, best known for a quirky hit song I wrote called "Mosquito Burrito". One of my inspirations for writing that song - indeed for pursuing my unlikely musical career - was a young Virgil Griffith.

I became Virgil's uncle in 1987 when I married his Aunt Jodie. Marrying into the Griffith family was a bit like marrying into the family in "Cheaper By the Dozen": chaotic, loving and a bit intimidating. Since there were so many cousins under the age of 10 - and my wife and I were just starting out - we couldn't buy each one an individual Christmas present.

So, I began to write them songs.

I was a little nervous when we mailed the cassettes - yes, cassettes! - because those Griffith cousins, each one seemingly smarter than the next, could be a tough crowd to please. When Virgil led the cry of "more please!", I knew I was onto something special.

Those songs have taken me all over the country, including a trip to Los Angeles when Virgil was in the Ph.D program at Cal Tech. It coincided with my son J___'s 11th birthday. Virgil played the role of intrepid tour guide for his first cousin to perfection.

Witty and entertaining, he introduced J___ to "Boba Tea" - a gelantinous concoction unknown in Tennessee; oranges that you can pick right off the tree - a marvel to those of us more accustomed to thorny Blackberry bushes; and many of the unique, peculiar campus traditions there…like the student who filled a basement wall with letter-perfect, grammatically-correct, Lord of the Rings "Elvish" and called it "graffiti". (Only at Cal Tech.)

Virgil remains a beloved member of our family. My own three children - one at Harvard Medical; one an MBA at Wal-Mart; one a new accountant - have always admired their cousin for the high academic bar he has set and his dry "big cousin" sense of humor.

Whatever sentence you deem appropriate in the case before you, our role - indeed our responsibility - will not change. We will continue to support and encourage Virgil; we will let him know he can lean on us when needed; and most importantly, that we will continue to love him as only a close family can.

Sincerely yours,

Roger Day

