# Attachment A

| | |
|---|---|
| **From:** | Ravener, Kimberly (USANYS) |
| **To:** | Keri Axel; Wirshba, Kyle (USANYS); Krouse, Michael (USANYS) |
| **Cc:** | Sean.Buckley@kobrekim.com; Brian Klein |
| **Subject:** | RE: Follow up re Singapore apartment |
| **Date:** | Thursday, June 11, 2020 2:11:14 PM |

Keri, this approach seems reasonable to us, provided that Mr. Griffith agrees not to retrieve any funds stored on those devices, directly or indirectly, during the pendency of the case without specific permission from the Court.  We understand that should not be a problem since the items will be secured in the possession of counsel.

Thank you for the thoughtful attention to this issue.
Kim

**From:** Keri Axel <KAxel@bakermarquart.com>
**Sent:** Monday, June 8, 2020 8:05 PM
**To:** Ravener, Kimberly (USANYS) <KRavener@usa.doj.gov>; Wirshba, Kyle (USANYS) <KWirshba@usa.doj.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
**Cc:** Sean.Buckley@kobrekim.com; Brian Klein <bklein@bakermarquart.com>
**Subject:** RE: Follow up re Singapore apartment

Okay, received, thank you.  I'll wait to hear from you.  Best, Keri

**From:** Ravener, Kimberly (USANYS) <Kimberly.Ravener@usdoj.gov>
**Sent:** Monday, June 8, 2020 4:43 PM
**To:** Keri Axel <KAxel@bakermarquart.com>; Wirshba, Kyle (USANYS) <Kyle.Wirshba@usdoj.gov>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>
**Cc:** Sean.Buckley@kobrekim.com; Brian Klein <bklein@bakermarquart.com>
**Subject:** RE: Follow up re Singapore apartment

Thanks Keri, and sorry for the delay.  We need to confer internally, and we will aim to get back to you in another day or two.

**From:** Keri Axel <KAxel@bakermarquart.com>
**Sent:** Monday, June 8, 2020 7:36 PM
**To:** Wirshba, Kyle (USANYS) <KWirshba@usa.doj.gov>; Ravener, Kimberly (USANYS) <KRavener@usa.doj.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
**Cc:** Sean.Buckley@kobrekim.com; Brian Klein <bklein@bakermarquart.com>
**Subject:** RE: Follow up re Singapore apartment

Hi Counsel:  Just following up about this.  Would it be good to chat about it?  Let me know if that would be helpful, and who/where to call.

Thanks, Keri

**From:** Keri Axel
**Sent:** Friday, June 5, 2020 11:16 AM
**To:** Wirshba, Kyle (USANYS) <Kyle.Wirshba@usdoj.gov>; Ravener, Kimberly (USANYS) <Kimberly.Ravener@usdoj.gov>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>
**Cc:** Sean.Buckley@kobrekim.com; Brian Klein <bklein@bakermarquart.com>
**Subject:** Follow up re Singapore apartment

Hello Counsel:  Following up on our discussions regarding Mr. Griffith's Singapore apartment, we have a plan to secure any remaining digital devices.  Here is the plan:

Mr. Griffith has retained Singapore counsel, Clement Chen and Wang Liangshan of the Bih Li & Lee LLP firm.  Mr. Chen is a former prosecutor in Singapore.  In turn, the law firm is retaining a digital forensic firm called OfficeServ to assist with device collection and security.  Mr. Chen, accompanied by a representative of OfficeServ, will be provided entrance to Mr. Griffith's apartment (which was locked by his landlord at his request), and will look for any digital devices.  Those will be secured (catalogued, appropriately bagged for data preservation, and sealed) by Office Serv, and then will be maintained in a secure location in Singapore under control of counsel.

After we are assured by Bih Li & Lee that this has been handled, Mr. Griffith intends to vacate his Singapore apartment.

Please let us know if you have any questions, or if are okay with this plan.  Happy to schedule a call if better.

Thanks in advance.  Best, Keri

*Keri Curtis Axel, Esq.*
**Baker Marquart LLP**
kaxel@bakermarquart.com
(213) 314-5284

**This e-mail is from a law firm.  The e-mail (and any attachments) may contain information that is private, confidential, and/or protected by attorney-client or other legal privilege.  If you received this e-mail in error, please delete it and notify the sender by reply message, so our records can be corrected accordingly.  Do not copy or reproduce the information in any manner.**