

Waymaker LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
T 424.652.7800

November 4, 2022

**Keri Curtis Axel**
Direct (424) 652-7810
kaxel@waymakerlaw.com

*Via ECF*

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States
Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Virgil Griffith**
      **20-CR-015 (PKC)**

Dear Judge Castel:

*[Handwritten: Based upon counsel's representations, the application is GRANTED. SO ORDERED. /s/ PKC, USDJ 11-7-22]*

We write to respectfully request that this Court enter an order permitting the United States Pretrial Services Office to send certain documents in its possession to the parents of the defendant in the above-referenced action, Virgil Griffith.

Currently, Pretrial Services is in possession of Mr. Griffith's passport, which was seized by the FBI upon his arrest in November 2019. Pretrial Services is also in possession of Mr. Griffith's passport card and his employment identification card issued by the government of Singapore (where Mr. Griffith resided prior to his arrest).

From Mr. Griffith's parents, we understand these documents are necessary for the completion of Mr. Griffith's tax returns, as his tax preparer needs to verify the periods in which Mr. Griffith was out of the United States. I have corresponded with Kathia Bermudez of Probation and Pretrial Services regarding these documents. Ms. Bermudez has represented that her office is able to ship these documents directly to Mr. Griffith's parents in Alabama once this Court enters an order permitting it.

Accordingly, Mr. Griffith respectfully requests that the Court enter an order authorizing Probation and Pretrial Services to ship Mr. Griffith's passport, passport card, and Singapore employment identification card to the home of address of his parents, Robert and Susan Griffith. The government does not object to the requested relief.



Hon. P. Kevin Castel
November 4, 2022
Page 2 of 2

As always, the undersigned are available to answer any questions the Court may have.

Very truly yours,

*/s/ Keri Curtis Axel*

Brian E. Klein
Keri Curtis Axel
WAYMAKER LLP

-and-

Sean S. Buckley
Amanda N. Tuminelli
Kobre & Kim LLP

*Attorneys for Virgil Griffith*