UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
United States of America,

                -against-

                                                  20-cr-15 (PKC)

                                                    ORDER

Virgil Griffith,

                Defendant.
_____

CASTEL, Senior District Judge:

        On April 12, 2022, the defendant was sentenced principally to a term of imprisonment of 63 months.  (Minute Entry; ECF 194.)

        By letter dated April 17, 2024, defendant, through his attorneys, moved for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines which went into effect on November 1, 2023 and applies retroactively.  (ECF 216.)

        The United States Probation Department has issued a report indicating that defendant is eligible for a sentence reduction.  (ECF 217.)

        The government is directed to respond to the motion by June 10, 2024.  Defendant may reply 14 days after the filing of the government's submission.

        SO ORDERED.

                                                            P. Kevin Castel
                                                        United States District Judge

Dated:  New York, New York
        May 21, 2024